**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__NORTHERN__ District of __NEW YORK__
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Reliable Racing Supply, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

d/b/a Inside Edge Ski & Bike

**3. Debtor's federal Employer Identification Number (EIN)**

1 4 – 1 4 9 2 4 6 2

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 543 Upper Glen Street | |
| Number      Street | Number      Street |
| | P.O. Box |
| Queensbury      NY      12804 | |
| City      State      ZIP Code | City      State      ZIP Code |
| Warren | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number      Street |
| | City      State      ZIP Code |

**5. Debtor's website (URL)**

www.reliableracing.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor    Reliable Racing Supply, Inc._____    Case number (if known)_____
              Name

| 7. | **Describe debtor's business** | **A.** *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4    5    1    1

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No | | | | |
|---|---|---|---|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | | | District _____ | When _____ MM / DD / YYYY | Case number _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No | | |
|---|---|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. | Debtor _____ | Relationship _____ |
| | | | District _____ | When _____ MM / DD / YYYY |
| | | | Case number, if known _____ | |

| Debtor | Reliable Racing Supply, Inc. | Case number *(if known)* |
|---|---|---|
| | *Name* | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Reliable Racing Supply, Inc. | Case number (if known) |
| | Name | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04-07-2016
            MM  / DD / YYYY

**X** _(signature)_                                        John Jacobs
Signature of authorized representative of debtor          Printed name

Title  President

**18. Signature of attorney**

**X** _(signature)_                                        Date  4/7/16
Signature of attorney for debtor                                 MM  / DD / YYYY

Paul A. Levine, Esq.
Printed name

Lemery Greisler LLC
Firm name

50        Beaver Street
Number    Street

Albany                                          NY        12207
City                                            State     ZIP Code

(518) 433-8800                                  plevine@lemerygreisler.com
Contact phone                                   Email address

103758                                          NY
Bar number                                      State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___N/A___.

2. The following financial data is the latest available information and refers to the debtor's condition on ___2/29/16___.

    a. Total assets      $ 2,985,853

    b. Total debts (including debts listed in 2.c., below)    $ 2,552,281

    c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐ unsecured ☐ subordinated ☐ $ _____ _____
secured ☐ unsecured ☐ subordinated ☐ $ _____ _____
secured ☐ unsecured ☐ subordinated ☐ $ _____ _____
secured ☐ unsecured ☐ subordinated ☐ $ _____ _____
secured ☐ unsecured ☐ subordinated ☐ $ _____ _____

    d. Number of shares of preferred stock
    e. Number of shares common stock    153 issued - 29 treasury

Comments, if any: ___Assets are at book value___

3. Brief description of debtor's business: _Sells products and equipment it develops and assembles to end users, consumers and businesses, wholesalers and through retail operations primarily in the outdoor sports market_

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    John Jacobs - 100% of issued stock

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name ___**Reliable Racing Supply, Inc.**_____

United States Bankruptcy Court for the: ___**Northern**___ District of ___**NY**___
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04-07-2016**          **X** _____
          MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                   **John Jacobs**_____
                                   Printed name

                                   **President**_____
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Reliable Racing Supply, Inc.__

United States Bankruptcy Court for the: __Northern__    District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................ $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................. $ 3,176,327.64

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................ $ 3,176,327.64

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............ $ 1,342,116.16

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................ $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ 1,232,023.90

4. **Total liabilities**.....................................................................................
   Lines 2 + 3a + 3b    $ 2,574,140.06

---

**Fill in this information to identify the case:**

Debtor name   Reliable Racing Supply, Inc.

United States Bankruptcy Court for the:   Northern _____ District of   NY
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**                                                              $ 1,000.00 (est.)

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Pioneer Bank | Checking | 7 4 4 1 | $ 36,902.90 |
| 3.2. | Glens Fals National Bank | Checking | 6 8 6 0 | $ 6,412.87 |
| | TD Bank | Checking | 4 8 0 8 | 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $ _____
   4.2. _____   $ _____       0.00

5. **Total of Part 1**                                                           $ 44,315.77
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____
   7.2. _____   $ _____

Debtor    Reliable Racing Supply, Inc.                                    Case number (if known)_____
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**    $_____

   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                          **Current value of debtor's**
                                                                          **interest**

11. **Accounts receivable**

    11a. 90 days old or less:    See Attached    –    _____    = ........➜    $_____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    See Attached    –    _____    = ........➜    $_____
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**    $ 324,020.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                        **Valuation method**       **Current value of debtor's**
                                                        **used for current value**  **interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
    **including any interest in an LLC, partnership, or joint venture**

    Name of entity:                            % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
    **instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**    $_____

    Add lines 14 through 16. Copy the total to line 83.

| Debtor | Reliable Racing Supply, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>See Attached | ___ / ___ / ____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | ___ / ___ / ____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | ___ / ___ / ____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | ___ / ___ / ____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,106,988.94

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

| | |
|---|---|
| Debtor Reliable Racing Supply, Inc. | Case number (if known)_____ |
| Name | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** See Attached | $_____ | _____ | $ 1,015,949.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☒ Yes

Debtor    Reliable Racing Supply, Inc.
           Name                                              Case number (if known)_____

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2006 Chevy Express Van | $ 6,124.00 | Kelly Blue Book | $ 6,124.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                    $ 6,124.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Reliable Racing Supply, Inc.                                Case number (if known)_____
_____
Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached | $_____ | _____ | $ 45,222.00 |
| 61. **Internet domain names and websites**<br>See Attached | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>32,647 active consumer customers | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 45,222.00

---

Debtor  Reliable Racing Supply, Inc.
 _____   Case number (if known) _____
        Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____  _____ – _____  = ➜  $ _____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| NOL | Tax year 2014 | $ 385,497.00 |
| NOL | Tax year 2015 | $ 248,211.00 |
| | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

_____  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $ _____

Nature of claim   _____
Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Felton, Inc.   $ _____

Nature of claim   Defective Goods Delivered
Amount requested   $53,000.00

76. **Trusts, equitable or future interests in property**

_____  $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $ _____
_____  $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $ 633,708.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☒ Yes

Debtor    Reliable Racing Supply, Inc.                                    Case number (if known)_____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 44,315.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 324,020.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,106,988.94 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,015,949.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 6,124.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . →| | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 45,222.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 633,708.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . . . . . . . . . . . . 91a. | $ 3,176,327.64 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $ 3,176,327.64

# SCHEDULE A/B

# PART 3

# ACCOUNTS RECEIVABLE LIST

| | 8 RRS ACCOMMODATIONS | | | AGED A/R | 04/01/16 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | <----- | | | DAYS PAST DUE | | ----> |
| ACCOUNT | -    CUSTOMER | - | | TOTAL | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | OVER 120 |
| | ** TOTAL ** | | 0 | | | | | | | |

| | 1 RELIABLE RACING SALES | AGED A/R | 04/01/16 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | <----- | | DAYS PAST DUE | | ----> |
| ACCOUNT | -    CUSTOMER   - | TOTAL | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | OVER 120 |
| 03928975 | DARIEN HIGH SCHOOL | 101.15 | 101.15 | | | | | |
| 03868726 | HUNT VALLEY GOLF CLUB | 209.45 | 209.45 | | | | | |
| | ** TOTAL ** | 310.60 | 310.60 | | | | | |

| ACCOUNT | 2 RELIABLE RACING SALES<br>-    CUSTOMER    - | AGED A/R<br>TOTAL | 04/01/16<br>CURRENT | <-----<br>1 - 30 | 31 - 60 | DAYS PAST DUE<br>61 - 90 | 91 - 120 | ----><br>OVER 120 |
|---|---|---|---|---|---|---|---|---|
| 03881679 | APEX CAPITAL | 5,606.56 | | 2,246.61 | 3,359.95 | | | |
| 02330017 | ARAPAHOE BASIN SKI AREA | 174.78 | 174.78 | | | | | |
| 00085324 | ASPEN SKIING COMPANY | 135.15 | 135.15 | | | | | |
| 00082669 | BERING STRAIT SCHOOL DIST | 199.95 | | 199.95 | | | | |
| 00881060 | BLUE MOUNTAIN SKI AREA | 1,926.26 | 1,926.26 | | | | | |
| 00929489 | BOSTON MILLS SKI RESORT | 64.86 | | 64.86 | | | | |
| 00866004 | BOYNE MOUNTAIN RESORT COR | 587.46 | 587.46 | | | | | |
| 00073304 | BROMLEY OUTING CLUB | 36.00 | 36.00 | | | | | |
| 03549458 | BROWN UNIVERSITY | 1,022.75 | | 1,022.75 | | | | |
| 01181031 | BUCK HILL SKI AREA | 2,601.08 | 2,601.08 | | | | | |
| 00951921 | CARRABASSETT VALLEY ACADE | 303.61 | 303.61 | | | | | |
| 03939121 | CITY OF WAVERLY | 1,945.00 | 1,945.00 | | | | | |
| 00830539 | CROTCHED MOUNTAIN | 1,088.59 | 126.05 | 14.22 | 948.32 | | | |
| 00085530 | DEER VALLEY RESORT | 313.50- | | 313.50- | | | | |
| 01907625 | FLAGSTAFF SKI CLUB | 128.92 | 128.92 | | | | | |
| 00084897 | GIANTS RIDGE GOLF & SKI R | 177.63 | | 177.63 | | | | |
| 00073338 | GREEN MTN. VALLEY SCHOOL | 4,138.55 | | 2,738.55 | 1,400.00 | | | |
| 00922211 | HEAVENLY VALLEY SKI RESOR | 26.35 | | 0.39 | | 25.96 | | |
| 00796086 | HUNTER MOUNTAIN SKI BOWL | 1,324.55 | 1,324.55 | | | | | |
| 01746957 | IDITAROD TRAIL SLED DOG C | 5,763.35 | | 5,763.35 | | | | |
| 00942433 | INDEPENDENT SCHOOL DIST # | 2,804.99 | | 2,804.99 | | | | |
| 00080986 | INTRAWEST SHARED SERVICES | 797.28 | | 11.78 | 785.50 | | | |
| 02136067 | KILLINGTON LTD | 3,659.94 | 3,659.94 | | | | | |
| 02341626 | LOVELAND RACING CLUB | 5,510.99 | | 5,510.99 | | | | |
| 00085753 | MAMMOTH MOUNTAIN | 131.95 | 131.95 | | | | | |
| 01639087 | MOUNT ROSE SKI AREA | 106.08 | 106.08 | | | | | |
| 02156057 | MOUNT SNOW LTD | 5,469.04 | 5,469.04 | | | | | |
| 00085746 | MOUNTAIN HIGH SKI AREA | 993.61 | | 14.68 | 978.93 | | | |
| 01216894 | MT BAKER SKI AREA | 62.48 | | 62.48 | | | | |
| 01217066 | MT BRIGHTON | 152.25 | | 2.25 | | | | 150.00 |
| 03579430 | NEW ENGLAND SKI AREA COUN | 764.36 | 764.36 | | | | | |

| ID | Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00907816 | NORTH SALEM CENTRAL SCHOO | 369.95 | 369.95 | | | | | |
| 00833087 | NORTHSTAR CALIFORNIA | 700.74 | 187.81 | 7.58 | | | 619.35 | 114.00- |
| 00913137 | NUBS NOB SKI AREA | 1,183.46 | 1,183.46 | | | | | |
| 00788018 | OKEMO MOUNTAIN CORP | 1,249.97 | 1,249.97 | | | | | |
| 00075507 | ORDA OLYMPIC CENTER | 2,514.30 | | 2,514.30 | | | | |
| 00886887 | PARK CITY MOUNTAIN RESORT | 236.45 | 236.45 | | | | | |
| 00975714 | PATS PEAK INC | 280.78 | 280.78 | | | | | |
| 02682276 | PICO SKI EDUCATION FOUNDA | 3,900.00 | 3,900.00 | | | | | |
| 00005462 | PROCTOR ACADEMY | 59.75 | | 59.75 | | | | |
| 03938537 | PROVIDENCE ACADEMY | 2,272.00 | 2,272.00 | | | | | |
| 00007732 | SADDLEBACK, INC. | 505.76- | | | | | | 505.76- |
| 00881946 | SHAWNEE PEAK AT PLEASANT | 30.00- | | 30.00- | | | | |
| 01613538 | SIERRA AT TAHOE, LLC | 739.34 | 739.34 | | | | | |
| 00900738 | SKI & SNOWBOARD CLUB VAIL | 396.99 | 396.99 | | | | | |
| 00083410 | SMUGGLERS NOTCH SKI AREA | 219.62 | | 3.25 | 95.73 | | 83.21 | 37.43 |
| 03846607 | SNOCOUNTRY | 627.61 | 627.61 | | | | | |
| 00824912 | SNOW CREEK SKI AREA | 2.66 | | | 2.66 | | | |
| 00081927 | SNOW SUMMIT | 1,694.19 | | 1,694.19 | | | | |
| 00818096 | SOLITUDE MOUNTAIN RESORT | 620.14 | | 620.14 | | | | |
| 00959536 | SPECIAL OLYMPICS NEW YORK | 125.94 | | 125.94 | | | | |
| 00082149 | SQUAW VALLEY SKI CORP | 652.72 | 558.73 | 1.39 | 92.60 | | | |
| 00796193 | STRATTON MOUNTAIN CORP | 2,110.19 | | 31.19 | 113.85 | | 29.04 | 1,936.11 |
| 00085852 | SUGARBOWL SKI CORP | 237.41 | 237.41 | | | | | |
| 00907931 | SUGARBUSH RESORT | 252.90 | 252.90 | | | | | |
| 00083287 | SUGARLOAF USA | 933.17 | 933.17 | | | | | |
| 02318798 | THE CANYONS RESORT | 8,443.70 | 555.00 | 116.58 | 248.12 | 7,524.00 | | |
| 00822619 | THE VAIL CORPORATION | 2,707.16 | 3,005.90 | | 228.45 | 416.65- | | 110.54- |
| 00079897 | THREE RIVERS PARK DISTIRC | 858.17 | | 858.17 | | | | |
| 02887487 | TOWN OF CARY | 3,735.00 | 3,735.00 | | | | | |
| 03858123 | UNIVERSITY OF UTAH | 14.00- | | | | | | 14.00- |
| 02569028 | VARA | 1,569.36 | | 23.19 | 1,546.17 | | | |
| 00929893 | WACHUSETT MOUNTAIN | 329.28 | | 329.28 | | | | |
| 00084228 | WINTERGREEN PACIFIC LLC | 187.52 | 187.52 | | | | | |
| 02952620 | WRIGHT SIGN INC | 509.17 | | 509.17 | | | | |

| | ** TOTAL ** | 86,560.75 | 40,330.22 | 27,186.10 | 9,800.28 | 7,133.31 | 731.60 | 1,379.24 |

| ACCOUNT | 3 RRS WHOLESALE & DISTRIBUTION | AGED A/R | 04/01/16 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | <----- | | DAYS PAST DUE | | ----> |
| ACCOUNT | -   CUSTOMER   - | TOTAL | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | OVER 120 |
| 01928399 | BEACON ATHLETICS | 3,798.88 | 2,197.16 | 1,601.72 | | | | |
| 03936390 | CHIP FORD | 623.49 | 623.49 | | | | | |
| 03768660 | DH ATHLETICS LLC | 181.78 | 181.78 | | | | | |
| 02212082 | OMNI PROMOTIONAL | 11,077.93 | 5,630.50 | 5,447.43 | | | | |
| | ** TOTAL ** | 15,682.08 | 8,632.93 | 7,049.15 | | | | |

| | 4 RELIABLE GOLF COURSE SUPPLY | AGED A/R | 04/01/16 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | <----- | | DAYS PAST DUE | | ----> |
| ACCOUNT | -   CUSTOMER   - | TOTAL | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | OVER 120 |
| 03238599 | AWBREY GLEN GOLF CLUB | 318.33 | 318.33 | | | | | |
| 02596849 | BUSHKILL GROUP INC | 1,754.13 | 1,754.13 | | | | | |
| 02342541 | CAMPGAW MT | 379.60 | 379.60 | | | | | |
| 02405686 | CITY OF BRIDGETON | 109.12 | 109.12 | | | | | |
| 03902210 | HIDDEN CREEK | 294.31 | 294.31 | | | | | |
| 03838034 | MCCORMICK RANCH GOLF CLUB | 234.40 | 234.40 | | | | | |
| 03218526 | NORTHERN HILLS GOLF COURS | 185.15 | 185.15 | | | | | |
| 03335239 | QUAIL VALLEY GOLF CLUB | 51.78 | 51.78 | | | | | |
| 03008984 | ROLLING HILLS COUNTRY CLU | 116.82 | 116.82 | | | | | |
| 02881472 | TAMARACK COUNTRY CLUB | 476.21 | 476.21 | | | | | |
| 02443331 | THE POINTE HILTON RESORT | 415.51 | 415.51 | | | | | |
| 01625102 | TOWN OF COLONIE | 7,096.00 | 7,096.00 | | | | | |
| | ** TOTAL ** | 11,431.36 | 11,431.36 | | | | | |

| | 6 RRS LIGHTS | AGED A/R | 04/01/16 | | | DAYS PAST DUE | | ----> |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT | -   CUSTOMER   - | TOTAL | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | OVER 120 |
| 01217405 | BLACK MOUNTAIN OF MAINE | 473.65 | | 319.12 | 4.53 | | 150.00 | |
| 03940095 | BOB FISHER | 752.95 | 752.95 | | | | | |
| 00787283 | BRISTOL MOUNTAIN SKI AREA | 572.88 | 39.97 | 532.91 | | | | |
| 03754736 | COCHRAN'S SKI CLUB | 716.84 | | 694.64 | | 22.20 | | |
| 00085969 | MISSION RIDGE MOUNTAIN CO | 1,663.90- | | 1,663.90- | | | | |
| 00954594 | MT HOOD MEADOWS | 284.90 | | 284.90 | | | | |
| 00910141 | NORDIC VALLEY SKI AREA | 4,224.55 | 4,224.55 | | | | | |
| 03928645 | NORTHERN ENERGY SERVICES | 1,091.15- | 189.80 | 1,280.95- | | | | |
| 00330431 | SEVEN SPRINGS MOUNTAIN  R | 152.85 | | 2.26 | 150.59 | | | |
| 00881946 | SHAWNEE PEAK AT PLEASANT | 6,080.00 | | 6,080.00 | | | | |
| 00822619 | THE VAIL CORPORATION | 4,971.24 | 528.00 | 4,227.24 | | 216.00 | | |
| 01216795 | TIMBERLINE SKI AREA | 1,663.90 | 1,663.90 | | | | | |
| 03877271 | ULTRA-TECH LIGHTING LLC | 225.00 | 225.00 | | | | | |
| 00084228 | WINTERGREEN PACIFIC LLC | 528.00 | | 528.00 | | | | |
| | ** TOTAL ** | 17,891.71 | 7,624.17 | 9,724.22 | 155.12 | 238.20 | 150.00 | |

| ACCOUNT | 7 RRS INTERNATIONAL EXPORT<br>-   CUSTOMER   - | AGED A/R<br>TOTAL | 04/01/16<br>CURRENT | <-----<br>1 - 30 | <br>31 - 60 | DAYS PAST DUE<br>61 - 90 | <br>91 - 120 | ----><br>OVER 120 |
|---|---|---|---|---|---|---|---|---|
| 03657475 | B-STEDT OF SWEDEN AB | 108,211.72 | 4,809.13 | 55,906.73 | 47,495.86 | | | |
| 03786506 | FRANDL SPORTS | 62,715.22 | | 53,578.00 | | 9,137.22 | | |
| 01362599 | KNICKER BOCKER TRADING HO | 3,269.75 | | 145.00 | 3,124.75 | | | |
| 01705771 | LES DISTRIBUTIONS SECURI- | 1,629.60 | | 1,629.60 | | | | |
| 02985042 | SKI CATALOGUE | 16,317.50 | | 2,370.00 | 5,954.00 | | 7,993.50 | |
| | ** TOTAL ** | 192,143.79 | 4,809.13 | 113,629.33 | 56,574.61 | 9,137.22 | 7,993.50 | |

# SCHEDULE A/B

# PART 5

# INVENTORY

# Inventory by General Category 4-1-16

| Category Title | Inventory Value @ Cost | Percent of Inventory |
| --- | --- | --- |
| Apparel | $91,562.03 | 8.27% |
| Equipment | $223,975.11 | 20.23% |
| Tuning | $51,548.05 | 4.66% |
| Personal Accessories | $92,097.17 | 8.32% |
| General Accessories | $32,611.73 | 2.95% |
| Cycling / Summer Sports | $67,697.01 | 6.12% |
| Timing | $89,194.03 | 8.06% |
| Course | $349,878.43 * | 31.61% |
| Events / Promotions | $55,952.67 | 5.05% |
| Golf | $52,472.71 | 4.74% |
| Grand Total | $1,106,988.94 | |

*\* includes consigned lighting*

Tuesday, April 05, 2016                    **ALL DATA – AS OF 04/01/16**                    Page 1 of 1

# SCHEDULE A/B

## PART 7

## FURNITURE, FIXTURES AND EQUIPMENT

66525  Reliable Racing

**Book Asset Detail    4/01/14 - 3/31/15**

FYE: 3/31/2015

06/03/2015  3:20 PM

Page 1

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: CAPITAL LEASES** | | | | | | | | | | | | |
| 3621 | | Computers - VAResource | 6/30/05 | 8,155.68 | 0.00 | 0.00 | 8,155.68 | 0.00 | 8,155.68 | 0.00 | 200DB | 5.00 |
| 3653 | | COMPUTER REGISTER (DELL) | 5/14/09 | 4,106.99 | 0.00 | 0.00 | 4,038.55 | 68.44 | 4,106.99 | 0.00 | S/L | 5.00 |
| 3691 | | TELEPHONE SYSTEM | 7/09/10 | 14,617.60 | 0.00 | 0.00 | 14,617.60 | 0.00 | 14,617.60 | 0.00 | 200DB | 3.0 |
| | | **CAPITAL LEASES** | | 26,880.27 | 0.00c | 0.00 | 26,811.83 | 68.44 | 26,880.27 | 0.00 | | |
| **Group: INSIDE EDGE EQUIPMENT** | | | | **4601.01** | | | | | | | | |
| 2760 | | 2 DECKS & CHAIRS | 1/30/82 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 | 525.00 | 0.00 | S/L | 10.00 |
| 2770 | | MOTOR | 7/31/84 | 350.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 | 0.00 | S/L | 10.00 |
| 2790 | | VCR | 7/01/85 | 349.00 | 0.00 | 0.00 | 349.00 | 0.00 | 349.00 | 0.00 | S/L | 10.00 |
| 2800 | | SIGN | 10/01/85 | 6,931.00 | 0.00 | 0.00 | 6,931.00 | 0.00 | 6,931.00 | 0.00 | S/L | 10.00 |
| 2810 | | SIGN | 12/01/85 | 6,803.00 | 0.00 | 0.00 | 6,803.00 | 0.00 | 6,803.00 | 0.00 | S/L | 10.00 |
| 2820 | | SHELVES | 12/01/85 | 6,578.00 | 0.00 | 0.00 | 6,578.00 | 0.00 | 6,578.00 | 0.00 | S/L | 10.00 |
| 2830 | | FURNITURE | 1/01/86 | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 | 0.00 | S/L | 10.00 |
| 2840 | | SHELVES | 1/01/86 | 1,210.00 | 0.00 | 0.00 | 1,210.00 | 0.00 | 1,210.00 | 0.00 | S/L | 10.00 |
| 2850 | | PRINTER | 2/01/86 | 1,268.00 | 0.00 | 0.00 | 1,268.00 | 0.00 | 1,268.00 | 0.00 | S/L | 10.00 |
| 2860 | | CARPET | 10/01/85 | 13,373.00 | 0.00 | 0.00 | 13,373.00 | 0.00 | 13,373.00 | 0.00 | S/L | 10.00 |
| 2870 | | TRACK LIGHTS | 11/01/85 | 1,218.00 | 0.00 | 0.00 | 1,218.00 | 0.00 | 1,218.00 | 0.00 | S/L | 10.00 |
| 2890 | | FURNITURE | 8/01/74 | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 | 0.00 | S/L | 10.00 |
| 2900 | | 3 OFFICE CHAIRS | 1/01/77 | 201.00 | 0.00 | 0.00 | 201.00 | 0.00 | 201.00 | 0.00 | S/L | 10.00 |
| 2910 | | CHAIRS | 1/01/77 | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | S/L | 10.00 |
| 2920 | | DISPLAYS | 1/01/78 | 391.00 | 0.00 | 0.00 | 391.00 | 0.00 | 391.00 | 0.00 | S/L | 10.00 |
| 2930 | | TRACK LIGHTS | 3/01/79 | 364.00 | 0.00 | 0.00 | 364.00 | 0.00 | 364.00 | 0.00 | S/L | 10.00 |
| 2940 | | SKI TUNER | 1/01/79 | 3,596.00 | 0.00 | 0.00 | 3,596.00 | 0.00 | 3,596.00 | 0.00 | S/L | 10.00 |
| 2950 | | PARTS WASHER | 1/01/79 | 392.00 | 0.00 | 0.00 | 392.00 | 0.00 | 392.00 | 0.00 | S/L | 10.00 |
| 2960 | | COUNTER | 5/02/80 | 226.00 | 0.00 | 0.00 | 226.00 | 0.00 | 226.00 | 0.00 | S/L | 10.00 |
| 2970 | | 4 DRAWER FILE | 1/01/80 | 171.00 | 0.00 | 0.00 | 171.00 | 0.00 | 171.00 | 0.00 | S/L | 10.00 |
| 2980 | | DUST CONTROL UNIT | 1/01/80 | 900.00 | 0.00 | 0.00 | 900.00 | 0.00 | 900.00 | 0.00 | S/L | 10.00 |
| 3010 | | MONTANA SKI TUNER | 12/01/87 | 19,250.00 | 0.00 | 0.00 | 19,250.00 | 0.00 | 19,250.00 | 0.00 | S/L | 10.00 |
| 3020 | | CAMBELL BALANCING SYS | 12/01/87 | 902.00 | 0.00 | 0.00 | 902.00 | 0.00 | 902.00 | 0.00 | S/L | 10.00 |
| 3030 | | OVERHEAD BIKE RACK | 3/15/90 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | S/L | 5.00 |
| 3040 | | DISPLAY RACK | 3/15/90 | 800.00 | 0.00 | 0.00 | 800.00 | 0.00 | 800.00 | 0.00 | S/L | 5.00 |
| 3050 | | SECOTTA SIZING SYCLE | 4/15/90 | 650.00 | 0.00 | 0.00 | 650.00 | 0.00 | 650.00 | 0.00 | S/L | 5.00 |
| 3060 | | DISPLAY WALL | 4/15/90 | 2,225.00 | 0.00 | 0.00 | 2,225.00 | 0.00 | 2,225.00 | 0.00 | S/L | 5.00 |
| 3070 | | MINI POWER PUMP W/AC | 9/15/91 | 368.00 | 0.00 | 0.00 | 368.00 | 0.00 | 368.00 | 0.00 | S/L | 5.00 |
| 3080 | | AWNING | 9/15/91 | 1,218.00 | 0.00 | 0.00 | 1,218.00 | 0.00 | 1,218.00 | 0.00 | S/L | 5.00 |
| 3090 | | POWER PADS | 9/15/91 | 700.00 | 0.00 | 0.00 | 700.00 | 0.00 | 700.00 | 0.00 | S/L | 5.00 |
| 3100 | | SHOW CASES | 4/15/92 | 515.00 | 0.00 | 0.00 | 515.00 | 0.00 | 515.00 | 0.00 | S/L | 5.00 |
| 3110 | | ICE EDGE MACHINE | 8/15/92 | 948.00 | 0.00 | 0.00 | 948.00 | 0.00 | 948.00 | 0.00 | S/L | 5.00 |
| 3120 | | TENT/CANOPY | 6/30/94 | 518.00 | 0.00 | 0.00 | 518.00 | 0.00 | 518.00 | 0.00 | S/L | 7.00 |
| 3130 | | ICONS | 6/30/94 | 1,411.00 | 0.00 | 0.00 | 1,411.00 | 0.00 | 1,411.00 | 0.00 | S/L | 7.00 |
| 3140 | | SENSORMATIC | 7/31/94 | 8,402.00 | 0.00 | 0.00 | 8,402.00 | 0.00 | 8,402.00 | 0.00 | S/L | 7.00 |
| 3150 | | MONTANA STONE GRINDER | 9/30/94 | 2,209.00 | 0.00 | 0.00 | 2,209.00 | 0.00 | 2,209.00 | 0.00 | S/L | 7.00 |
| 3160 | | RACKS\SLATWALL\SHELVING | 10/31/94 | 987.00 | 0.00 | 0.00 | 987.00 | 0.00 | 987.00 | 0.00 | S/L | 7.00 |
| 3170 | | BIKE DISPLAY RACKS | 1/31/95 | 1,048.00 | 0.00 | 0.00 | 1,048.00 | 0.00 | 1,048.00 | 0.00 | S/L | 7.00 |
| 3200 | | SHELVING/SLOTWALL | 10/15/95 | 1,407.00 | 0.00 | 0.00 | 1,407.00 | 0.00 | 1,407.00 | 0.00 | S/L | 7.00 |
| 3210 | | TV | 10/15/95 | 277.00 | 0.00 | 0.00 | 277.00 | 0.00 | 277.00 | 0.00 | S/L | 5.00 |
| 3220 | | STEREO TUNER | 12/15/95 | 272.00 | 0.00 | 0.00 | 272.00 | 0.00 | 272.00 | 0.00 | S/L | 5.00 |

66525  Reliable Racing

**Book Asset Detail    4/01/14 - 3/31/15**

06/03/2015  3:20 PM
Page 2

FYE: 3/31/2015

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: INSIDE EDGE EQUIPMENT (continued)** | | | | | | | | | | | |
| 3240 | SAFE | 2/15/96 | 285.00 | 0.00 | 0.00 | 285.00 | 0.00 | 285.00 | 0.00 | S/L | 7.00 |
| 3250 | FIXTURES HAT HOLDER | 3/15/96 | 309.00 | 0.00 | 0.00 | 309.00 | 0.00 | 309.00 | 0.00 | S/L | 7.00 |
| 3260 | FIREPROOF SAFE | 4/15/96 | 305.00 | 0.00 | 0.00 | 305.00 | 0.00 | 305.00 | 0.00 | S/L | 7.00 |
| 3270 | HEAT MACHINE - FTPRNT | 11/15/96 | 299.00 | 0.00 | 0.00 | 299.00 | 0.00 | 299.00 | 0.00 | S/L | 7.00 |
| 3280 | MIKE BAIRD SIGNS | 12/15/96 | 750.00 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 | 0.00 | S/L | 7.00 |
| 3290 | SWIX SPORT WHEEL | 11/06/97 | 323.00 | 0.00 | 0.00 | 323.00 | 0.00 | 323.00 | 0.00 | S/L | 7.00 |
| 3300 | SEARS - TOOL CHEST | 11/12/97 | 182.00 | 0.00 | 0.00 | 182.00 | 0.00 | 182.00 | 0.00 | S/L | 7.00 |
| 3310 | SOUTHERN SKI TOOLS | 11/12/97 | 217.00 | 0.00 | 0.00 | 217.00 | 0.00 | 217.00 | 0.00 | S/L | 7.00 |
| 3320 | SOUTHERN SKI TOOL | 2/13/98 | 483.00 | 0.00 | 0.00 | 483.00 | 0.00 | 483.00 | 0.00 | S/L | 7.00 |
| 3330 | STEREO SYSTEM | 3/06/98 | 1,797.00 | 0.00 | 0.00 | 1,797.00 | 0.00 | 1,797.00 | 0.00 | S/L | 7.00 |
| 3360 | DATA CAP | 12/31/98 | 475.00 | 0.00 | 0.00 | 475.00 | 0.00 | 475.00 | 0.00 | S/L | 7.00 |
| 3370 | SUPER FLEET MACHINE | 1/26/99 | 377.00 | 0.00 | 0.00 | 377.00 | 0.00 | 377.00 | 0.00 | S/L | 7.00 |
| 3380 | STONE GRINDER MACHINE | 10/31/98 | 22,954.00 | 0.00 | 0.00 | 22,954.00 | 0.00 | 22,954.00 | 0.00 | S/L | 7.00 |
| 3550 | Lamar Companies - Sign for Billboard | 11/15/99 | 1,465.00 | 0.00 | 0.00 | 1,465.00 | 0.00 | 1,465.00 | 0.00 | S/L | 10.00 |
| 3589 | SIGN PANEL | 7/23/01 | 1,119.22 | 0.00 | 0.00 | 1,119.22 | 0.00 | 1,119.22 | 0.00 | S/L | 7.00 |
| 3590 | WINTERSTEIGER WAXJET | 10/19/01 | 4,793.27 | 0.00 | 0.00 | 4,793.27 | 0.00 | 4,793.27 | 0.00 | S/L | 5.00 |
| 3622 | TWO OMNI TERMINALS | 7/13/06 | 1,391.00 | 0.00 | 0.00 | 1,391.00 | 0.00 | 1,391.00 | 0.00 | S/L | 5.00 |
| 3641 | 6" BELT WITH STAND | 12/18/08 | 645.77 | 0.00 | 0.00 | 645.77 | 0.00 | 645.77 | 0.00 | S/L | 5.00 |
| 3643 | HOT BOX | 9/30/08 | 2,934.66 | 0.00 | 0.00 | 2,934.66 | 0.00 | 2,934.66 | 0.00 | S/L | 5.00 |
| 3647 | RESIN BELT | 1/08/09 | 26.93 | 0.00 | 0.00 | 26.93 | 0.00 | 26.93 | 0.00 | S/L | 5.00 |
| 3649 | TRIONE SHARPENING TOOL | 12/29/09 | 3,103.82 | 0.00 | 0.00 | 2,638.23 | 465.59 | 3,103.82 | 0.00 | S/L | 5.00 |
| 3685 | STONE GRINDER | 11/30/10 | 26,500.00 | 0.00 | 0.00 | 17,666.67 | 5,300.00 | 22,966.67 | 3,533.33 | S/L | 5.00 |
| | **INSIDE EDGE EQUIPMENT** | | **162,309.67** | **0.00c** | **0.00** | **153,010.75** | **5,765.59** | **158,776.34** | **3,533.33** | | |
| **Group: LEASEHOLD IMPROVEMENTS** | | | **4601.01** | | | | | | | | |
| 60 | LEASEHOLD IMPROVEMENT | 3/01/86 | 126,957.00 | 0.00 | 0.00 | 126,957.00 | 0.00 | 126,957.00 | 0.00 | | 19.00 |
| 70 | PAVING | 10/01/85 | 9,888.00 | 0.00 | 0.00 | 9,888.00 | 0.00 | 9,888.00 | 0.00 | S/L | 19.00 |
| 80 | ROOF | 4/01/86 | 11,845.00 | 0.00 | 0.00 | 11,845.00 | 0.00 | 11,845.00 | 0.00 | PRE | 19.00 |
| 90 | IMPROVEMENTS | 6/01/86 | 4,527.00 | 0.00 | 0.00 | 4,527.00 | 0.00 | 4,527.00 | 0.00 | PRE | 19.0 |
| 100 | IMPROVS - 630 GLEN | 7/01/86 | 10,470.00 | 0.00 | 0.00 | 10,470.00 | 0.00 | 10,470.00 | 0.00 | PRE | 18.0 |
| 110 | IMPROVS - 630 GLEN | 8/01/86 | 252.00 | 0.00 | 0.00 | 252.00 | 0.00 | 252.00 | 0.00 | PRE | 18.00 |
| 120 | IMPROVS - 630 GLEN | 9/01/86 | 1,414.00 | 0.00 | 0.00 | 1,414.00 | 0.00 | 1,414.00 | 0.00 | PRE | 18.0 |
| 130 | IMPROVS - 630 GLEN | 10/01/86 | 2,649.00 | 0.00 | 0.00 | 2,649.00 | 0.00 | 2,649.00 | 0.00 | PRE | 18.0 |
| 140 | IMPROVS - 630 GLEN | 11/01/86 | 1,699.00 | 0.00 | 0.00 | 1,699.00 | 0.00 | 1,699.00 | 0.00 | PRE | 18.0 |
| 150 | FIRE PROTECTION | 5/01/87 | 1,055.00 | 0.00 | 0.00 | 1,055.00 | 0.00 | 1,055.00 | 0.00 | S/L | 19.00 |
| 160 | SPRINKLER SYSTEM | 6/01/87 | 3,138.00 | 0.00 | 0.00 | 3,138.00 | 0.00 | 3,138.00 | 0.00 | S/L | 19.00 |
| 170 | VARIOUS IMPROVEMENTS | 11/01/87 | 2,325.00 | 0.00 | 0.00 | 2,325.00 | 0.00 | 2,325.00 | 0.00 | S/L | 19.00 |
| 180 | VARIOUS IMPROVEMENTS | 12/01/87 | 990.00 | 0.00 | 0.00 | 990.00 | 0.00 | 990.00 | 0.00 | S/L | 19.00 |
| 190 | LEASE IMPROV ADDIT | 9/15/88 | 3,934.00 | 0.00 | 0.00 | 3,934.00 | 0.00 | 3,934.00 | 0.00 | S/L | 19.00 |
| 200 | NEW LUNCH ROOM | 4/13/89 | 2,715.00 | 0.00 | 0.00 | 2,715.00 | 0.00 | 2,715.00 | 0.00 | S/L | 19.00 |
| 210 | IMPROVEATS | 7/15/89 | 999.00 | 0.00 | 0.00 | 999.00 | 0.00 | 999.00 | 0.00 | S/L | 19.00 |
| 220 | CEILING HEATER | 9/15/89 | 512.00 | 0.00 | 0.00 | 512.00 | 0.00 | 512.00 | 0.00 | S/L | 19.00 |
| 230 | ROOF | 5/31/90 | 16,355.00 | 0.00 | 0.00 | 16,355.00 | 0.00 | 16,355.00 | 0.00 | S/L | 19.00 |
| 240 | SEPTIC SYSTEM | 2/22/91 | 5,400.00 | 0.00 | 0.00 | 5,400.00 | 0.00 | 5,400.00 | 0.00 | S/L | 19.00 |
| 250 | HEATING SYSTEM | 12/15/90 | 1,036.00 | 0.00 | 0.00 | 1,036.00 | 0.00 | 1,036.00 | 0.00 | S/L | 19.00 |
| 260 | GEN'L IMPROVMENTS | 9/15/90 | 7,890.00 | 0.00 | 0.00 | 7,890.00 | 0.00 | 7,890.00 | 0.00 | S/L | 19.00 |
| 270 | WALL CONSTRUCTION | 4/15/90 | 1,323.00 | 0.00 | 0.00 | 1,323.00 | 0.00 | 1,323.00 | 0.00 | S/L | 19.00 |

66525  Reliable Racing

**Book Asset Detail    4/01/14 - 3/31/15**

06/03/2015  3:20 PM
Page 3

FYE: 3/31/2015

Group: LEASEHOLD IMPROVEMENTS (continued)

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280 | | SPRINKLER SYSTEM | 11/15/90 | 654.00 | 0.00 | 0.00 | 654.00 | 0.00 | 654.00 | 0.00 | S/L | 19.00 |
| 290 | | LIGHTING | 9/15/91 | 6,817.00 | 0.00 | 0.00 | 6,817.00 | 0.00 | 6,817.00 | 0.00 | S/L | 19.00 |
| 300 | | SIDING | 9/15/91 | 10,253.00 | 0.00 | 0.00 | 10,253.00 | 0.00 | 10,253.00 | 0.00 | S/L | 19.00 |
| 310 | | SPRINKLER | 9/15/91 | 523.00 | 0.00 | 0.00 | 523.00 | 0.00 | 523.00 | 0.00 | S/L | 19.00 |
| 320 | | VARIOUS IMPROVEMENTS | 6/15/91 | 3,370.00 | 0.00 | 0.00 | 3,370.00 | 0.00 | 3,370.00 | 0.00 | S/L | 19.00 |
| 330 | | WAREHOUSE IMPROVEMENTS | 7/15/92 | 3,389.00 | 0.00 | 0.00 | 3,389.00 | 0.00 | 3,389.00 | 0.00 | S/L | 19.00 |
| 340 | | FURNACE | 9/30/93 | 10,490.00 | 0.00 | 0.00 | 10,490.00 | 0.00 | 10,490.00 | 0.00 | S/L | 19.00 |
| 350 | | PAINTING | 9/30/94 | 1,300.00 | 0.00 | 0.00 | 1,300.00 | 0.00 | 1,300.00 | 0.00 | S/L | 19.00 |
| 360 | | HILL ELECTRIC | 9/30/94 | 1,548.00 | 0.00 | 0.00 | 1,548.00 | 0.00 | 1,548.00 | 0.00 | S/L | 19.00 |
| 370 | | PHIL SUMMER | 9/30/94 | 435.00 | 0.00 | 0.00 | 435.00 | 0.00 | 435.00 | 0.00 | S/L | 19.00 |
| 380 | | NO COUNTRY FIRE PROTECTIC | 9/30/94 | 3,776.00 | 0.00 | 0.00 | 3,776.00 | 0.00 | 3,776.00 | 0.00 | S/L | 19.00 |
| 390 | | CARPENTER SUPPLY | 9/15/94 | 1,993.00 | 0.00 | 0.00 | 1,993.00 | 0.00 | 1,993.00 | 0.00 | S/L | 19.00 |
| 400 | | BROOKHAVEN HOMES | 9/30/94 | 1,144.00 | 0.00 | 0.00 | 1,144.00 | 0.00 | 1,144.00 | 0.00 | S/L | 19.00 |
| 410 | | MOORES | 9/30/94 | 667.00 | 0.00 | 0.00 | 667.00 | 0.00 | 667.00 | 0.00 | S/L | 19.00 |
| 420 | | OVERHEAD DOOR | 6/15/95 | 1,300.00 | 0.00 | 0.00 | 1,288.58 | 11.42 | 1,300.00 | 0.00 | S/L | 19.00 |
| 430 | | LIGHTING & WIRING | 8/15/95 | 5,396.00 | 0.00 | 0.00 | 5,301.33 | 94.67 | 5,396.00 | 0.00 | S/L | 19.00 |
| 440 | | PAINTING | 10/15/95 | 1,695.00 | 0.00 | 0.00 | 1,650.39 | 44.61 | 1,695.00 | 0.00 | S/L | 19.00 |
| 450 | | TELEPHONE WIRING | 10/15/95 | 1,537.00 | 0.00 | 0.00 | 1,496.47 | 40.53 | 1,537.00 | 0.00 | S/L | 19.00 |
| 460 | | WAREHOUSE IMPROVEMENTS | 6/01/96 | 7,876.00 | 0.00 | 0.00 | 7,392.45 | 414.53 | 7,806.98 | 69.02 | S/L | 19.00 |
| 470 | | COMPTR RM IMPROVMNTS | 7/01/96 | 3,766.00 | 0.00 | 0.00 | 3,518.23 | 198.21 | 3,716.44 | 49.56 | S/L | 19.00 |
| 480 | | QUAKER BAY ROOFING | 1/09/98 | 9,950.00 | 0.00 | 0.00 | 8,509.80 | 523.68 | 9,033.48 | 916.52 | S/L | 19.00 |
| 490 | | OVERHEAD DOORS | 2/15/99 | 4,209.00 | 0.00 | 0.00 | 1,636.79 | 107.92 | 1,744.71 | 2,464.29 | S/L | 39.00 |
| 500 | | CARPET INSTALLATION | 9/30/98 | 1,113.00 | 0.00 | 0.00 | 444.75 | 28.54 | 473.29 | 639.71 | S/L | 39.00 |
| 3430 | | Jim's Glass Service / nEW BLDG D | 3/29/00 | 3,691.50 | 0.00 | 0.00 | 1,299.75 | 92.29 | 1,392.04 | 2,299.46 | S/L | 40.00 |
| 3578 | | ELECTRIC WORK | 6/01/00 | 9,599.83 | 0.00 | 0.00 | 3,405.07 | 246.15 | 3,651.22 | 5,948.61 | S/L | 39.00 |
| 3579 | | SHEETROCK & REFACING | 2/28/01 | 12,141.18 | 0.00 | 0.00 | 4,072.97 | 311.31 | 4,384.28 | 7,756.90 | S/L | 39.00 |
| 3581 | | HEATING & COOLING | 9/30/00 | 26,448.33 | 0.00 | 0.00 | 9,155.16 | 678.16 | 9,833.32 | 16,615.01 | S/L | 39.00 |
| 3582 | | FLOOR COVERING | 9/30/00 | 6,501.55 | 0.00 | 0.00 | 2,250.58 | 166.71 | 2,417.29 | 4,084.26 | S/L | 39.00 |
| 3583 | | GLASS & WINDOWS | 9/30/00 | 17,891.42 | 0.00 | 0.00 | 6,193.13 | 458.75 | 6,651.88 | 11,239.54 | S/L | 39.00 |
| 3584 | | STAIRCASE CHANGE | 9/30/00 | 3,525.45 | 0.00 | 0.00 | 1,220.40 | 90.40 | 1,310.80 | 2,214.65 | S/L | 39.00 |
| 3585 | | PAINTING | 9/30/00 | 3,886.00 | 0.00 | 0.00 | 1,345.14 | 99.64 | 1,444.78 | 2,441.22 | S/L | 39.00 |
| 3586 | | OTHER IMPROVEMENTS | 9/30/00 | 95,985.20 | 0.00 | 0.00 | 33,225.66 | 2,461.16 | 35,686.82 | 60,298.38 | S/L | 39.00 |
| 3598 | | WHAREHOUSE WALL | 8/31/01 | 1,839.95 | 0.00 | 0.00 | 593.68 | 47.18 | 640.86 | 1,199.09 | S/L | 39.00 |
| 3599 | | OVERHEAD STEEL DOOR | 8/24/01 | 1,915.30 | 0.00 | 0.00 | 617.97 | 49.11 | 667.08 | 1,248.22 | S/L | 39.00 |
| 3600 | | NEW OFFICE DUCT WORK | 9/20/01 | 1,600.72 | 0.00 | 0.00 | 513.00 | 41.04 | 554.04 | 1,046.68 | S/L | 39.00 |
| 3601 | | WHAREHOUSE LIGHTING | 10/12/01 | 2,889.00 | 0.00 | 0.00 | 926.00 | 74.08 | 1,000.08 | 1,888.92 | S/L | 39.00 |
| 3608 | | Quaker Bay Roof Repairs | 5/20/03 | 5,550.00 | 0.00 | 0.00 | 1,541.69 | 142.31 | 1,684.00 | 3,866.00 | S/L | 39.00 |
| 3609 | | Mini-Split AC System | 6/10/03 | 2,500.00 | 0.00 | 0.00 | 694.42 | 64.10 | 758.52 | 1,741.48 | S/L | 39.00 |
| 3611 | | 3 TON RUDD CONDENSING UN | 7/02/04 | 2,990.00 | 0.00 | 0.00 | 747.53 | 76.67 | 824.20 | 2,165.80 | S/L | 39.00 |
| 3612 | | LAMINATE FLOORING FOR LU | 9/17/04 | 3,745.40 | 0.00 | 0.00 | 912.38 | 96.04 | 1,008.42 | 2,736.98 | S/L | 39.00 |
| 3614 | | Yellow Parking Block | 9/07/05 | 1,454.99 | 0.00 | 0.00 | 1,248.87 | 145.50 | 1,394.37 | 60.62 | S/L | 10.00 |
| 3628 | | NEW OFFICE- FRONT OF BUILL | 5/31/06 | 1,116.16 | 0.00 | 0.00 | 224.19 | 28.62 | 252.81 | 863.35 | S/L | 39.00 |
| 3629 | | ELECTRICAL WORK | 5/01/06 | 2,832.06 | 0.00 | 0.00 | 574.91 | 72.62 | 647.53 | 2,184.53 | S/L | 39.00 |
| 3640 | | 5 TON CONDENSER | 8/14/08 | 3,974.00 | 0.00 | 0.00 | 577.43 | 101.90 | 679.33 | 3,294.67 | S/L | 39.00 |
| 3700 | | CARPET | 7/01/11 | 1,504.00 | 0.00 | 0.00 | 827.20 | 300.80 | 1,128.00 | 376.00 | S/L | 5.00 |
| 3701 | | FIRE EXTINGUISHERS | 8/01/11 | 997.00 | 0.00 | 0.00 | 531.73 | 199.40 | 731.13 | 265.87 | S/L | 5.00 |
| 3703 | | DOOR LOCKING SYSTEM | 7/01/11 | 1,753.65 | 0.00 | 0.00 | 123.66 | 44.97 | 168.63 | 1,585.02 | S/L | 39.00 |
| 3707 | | GLASS WINDOW | 10/01/11 | 769.82 | 0.00 | 0.00 | 384.90 | 153.96 | 538.86 | 230.96 | S/L | 5.00 |

66525  Reliable Racing

**Book Asset Detail    4/01/14 - 3/31/15**

06/03/2015  3:20 PM

FYE: 3/31/2015

Page 4

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: LEASEHOLD IMPROVEMENTS (continued)** | | | | | | | | | | | | |
| | | LEASEHOLD IMPROVEMENTS | | 517,676.51 | 0.00c | 0.00 | 368,178.21 | 7,706.98 | 375,885.19 | 141,791.32 | | |
| **Group: PATENTS & TRADEMARKS** | | | | 4601.01 | | | | | | | | |
| 3654 | | JAPANESE | 10/31/96 | 20,038.30 | 0.00 | 0.00 | 19,807.47 | 230.83 | 20,038.30 | 0.00 | Amort | 17.00 |
| 3655 | | CANADIAN | 10/31/96 | 15,252.21 | 0.00 | 0.00 | 15,252.21 | 0.00 | 15,252.21 | 0.00 | Amort | 17.00 |
| 3657 | | DELINEATOR POLE | 4/16/96 | 6,795.92 | 0.00 | 0.00 | 6,795.92 | 0.00 | 6,795.92 | 0.00 | Amort | 17.00 |
| 3659 | | TEE SENTRY-CANADIAN TRAD | 12/15/00 | 1,784.11 | 0.00 | 0.00 | 1,252.46 | 104.95 | 1,357.41 | 426.70 | Amort | 17.00 |
| 3662 | | PORTA-FLEX | 4/18/00 | 2,081.78 | 0.00 | 0.00 | 2,081.78 | 0.00 | 2,081.78 | 0.00 | Amort | 17.00 |
| 3663 | | GATE PANEL ATTACHMENT AS | 5/21/02 | 13,869.60 | 0.00 | 0.00 | 7,565.67 | 815.86 | 8,381.53 | 5,488.07 | Amort | 17.00 |
| 3664 | | RAPIDGATE | 8/31/05 | 1,897.75 | 0.00 | 0.00 | 1,686.88 | 210.87 | 1,897.75 | 0.00 | Amort | 9.00 |
| 3665 | | JAPANESE - RELIABLE RENEW | 3/13/07 | 2,017.81 | 0.00 | 0.00 | 1,614.24 | 201.78 | 1,816.02 | 201.79 | Amort | 10.00 |
| 3666 | | JAPANESE - BREAK AWAY REN | 3/13/07 | 2,100.92 | 0.00 | 0.00 | 1,680.73 | 210.09 | 1,890.82 | 210.10 | Amort | 10.00 |
| 3667 | | TRADEMARK APPLICATION FE | 1/01/14 | 11,296.40 | 0.00 | 0.00 | 282.41 | 1,129.64 | 1,412.05 | 9,884.35 | Amort | 10.00 |
| 3668 | | JAPANESE TRADEMARK RENE | 8/20/07 | 1,966.26 | 0.00 | 0.00 | 1,376.40 | 196.63 | 1,573.03 | 393.23 | Amort | 10.00 |
| 3669 | | JAPANESE TM RENEW "KATAK | 8/20/07 | 1,966.26 | 0.00 | 0.00 | 1,376.40 | 196.63 | 1,573.03 | 393.23 | Amort | 10.00 |
| 3670 | | US PATENT APPLICATION REN | 4/16/07 | 1,030.00 | 0.00 | 0.00 | 721.00 | 103.00 | 824.00 | 206.00 | Amort | 10.00 |
| 3671 | | US PATENT APPLICATION REN | 4/16/07 | 1,030.00 | 0.00 | 0.00 | 721.00 | 103.00 | 824.00 | 206.00 | Amort | 10.00 |
| 3672 | | JAPANESE TM REG RENEW "BR | 4/16/07 | 1,160.61 | 0.00 | 0.00 | 812.42 | 116.06 | 928.48 | 232.13 | Amort | 10.00 |
| 3673 | | US TM REG RENEWAL "RELIAE | 1/27/10 | 5,785.56 | 0.00 | 0.00 | 2,458.88 | 578.56 | 3,037.44 | 2,748.12 | Amort | 10.00 |
| 3674 | | US TM "FEATHERBASE" | 10/20/09 | 3,959.28 | 0.00 | 0.00 | 1,781.68 | 395.93 | 2,177.61 | 1,781.67 | Amort | 10.00 |
| 3675 | | US TM REG RENEWAL "EVENT | 1/27/10 | 2,862.93 | 0.00 | 0.00 | 1,216.73 | 286.29 | 1,503.02 | 1,359.91 | Amort | 10.00 |
| 3676 | | US TM REG RENEWAL "FAIRW. | 1/19/10 | 1,963.23 | 0.00 | 0.00 | 834.36 | 196.32 | 1,030.68 | 932.55 | Amort | 10.00 |
| 3677 | | US TM REG RENEWAL "BREAK | 11/20/09 | 908.00 | 0.00 | 0.00 | 401.03 | 90.80 | 491.83 | 416.17 | Amort | 10.00 |
| 3678 | | PORTA-FLEX TRADEMARK REI | 4/18/10 | 1,017.50 | 0.00 | 0.00 | 407.00 | 101.75 | 508.75 | 508.75 | Amort | 10.00 |
| 3679 | | US TM REG RENEWAL - BREAK | 8/31/10 | 734.85 | 0.00 | 0.00 | 269.46 | 73.49 | 342.95 | 391.90 | Amort | 10.00 |
| 3681 | | CAN FEATHERBASE - TRADEM | 10/15/12 | 1,997.10 | 0.00 | 0.00 | 299.57 | 199.71 | 499.28 | 1,497.82 | Amort | 10.00 |
| 3682 | | EUR TRADEMARK BREAK-A-W | 6/15/12 | 3,099.03 | 0.00 | 0.00 | 568.15 | 309.90 | 878.05 | 2,220.98 | Amort | 10.00 |
| 3683 | | CAN TRADEMARK BREAK AW. | 11/20/12 | 3,261.02 | 0.00 | 0.00 | 461.98 | 326.10 | 788.08 | 2,472.94 | Amort | 10.00 |
| 3684 | | EURO TRADEMARK FEATHERE | 7/10/12 | 1,616.32 | 0.00 | 0.00 | 282.85 | 161.63 | 444.48 | 1,171.84 | Amort | 10.00 |
| 3695 | | US TM "Reliable Racing" | 6/24/11 | 1,017.50 | 0.00 | 0.00 | 288.29 | 101.75 | 390.04 | 627.46 | Amort | 10.00 |
| 3696 | | Canadian TM "Reliable Racing" | 6/24/11 | 3,232.81 | 0.00 | 0.00 | 915.96 | 323.28 | 1,239.24 | 1,993.57 | Amort | 10.00 |
| 3697 | | US Trade Mark - Pole Anchor & Sk | 6/30/12 | 8,657.80 | 0.00 | 0.00 | 1,587.26 | 865.78 | 2,453.04 | 6,204.76 | Amort | 10.00 |
| 3713 | | RAPIDGATE | 6/30/11 | 765.75 | 0.00 | 0.00 | 216.97 | 76.58 | 293.55 | 472.20 | Amort | 10.00 |
| 3718 | | Featherbase Registration Fee | 12/17/14 | 817.50 | 0.00c | 0.00 | 0.00 | 27.25 | 27.25 | 790.25 | Amort | 10.00 |
| | | PATENTS & TRADEMARKS | | 125,984.11 | 0.00c | 0.00 | 75,017.16 | 7,734.46 | 82,751.62 | 43,232.49 | | |
| **Group: RELIABLE RACING EQUIPMENT** | | | | 4801.00 | | | | | TB | | | |
| 510 | | SHELVING | 7/01/86 | 7,941.00 | 0.00 | 0.00 | 7,941.00 | 0.00 | 7,941.00 | 0.00 | S/L | 10.00 |
| 520 | | COMPUTER TERMINAL | 2/01/87 | 2,134.00 | 0.00 | 0.00 | 2,134.00 | 0.00 | 2,134.00 | 0.00 | S/L | 10.00 |
| 540 | | FILE CABINET | 4/01/83 | 287.00 | 0.00 | 0.00 | 287.00 | 0.00 | 287.00 | 0.00 | S/L | 10.00 |
| 550 | | CHAIRS | 2/01/84 | 381.00 | 0.00 | 0.00 | 381.00 | 0.00 | 381.00 | 0.00 | S/L | 10.00 |
| 560 | | CABINETS | 3/11/84 | 330.00 | 0.00 | 0.00 | 330.00 | 0.00 | 330.00 | 0.00 | S/L | 10.00 |
| 570 | | AIR CONDITIONER | 6/01/84 | 427.00 | 0.00 | 0.00 | 427.00 | 0.00 | 427.00 | 0.00 | S/L | 10.00 |
| 580 | | FURNITURE | 10/01/84 | 734.00 | 0.00 | 0.00 | 734.00 | 0.00 | 734.00 | 0.00 | S/L | 10.00 |
| 590 | | FURNITURE | 11/01/84 | 431.00 | 0.00 | 0.00 | 431.00 | 0.00 | 431.00 | 0.00 | S/L | 10.00 |
| 600 | | FILES | 1/01/84 | 617.00 | 0.00 | 0.00 | 617.00 | 0.00 | 617.00 | 0.00 | S/L | 10.00 |

66525  Reliable Racing

**Book Asset Detail**   **4/01/14 - 3/31/15**

06/03/2015  3:20 PM

Page 5

FYE: 3/31/2015

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Group: **RELIABLE RACING EQUIPMENT** (continued) | | | | | | | | | | | |
| 610 | DRILL | 6/01/85 | 421.00 | 0.00 | 0.00 | 421.00 | 0.00 | 421.00 | 0.00 | S/L | 10.00 |
| 620 | OFFICE FURNITURE | 7/01/85 | 765.00 | 0.00 | 0.00 | 765.00 | 0.00 | 765.00 | 0.00 | S/L | 10.00 |
| 630 | OFFICE EQUIPMENT | 9/01/85 | 2,937.00 | 0.00 | 0.00 | 2,937.00 | 0.00 | 2,937.00 | 0.00 | S/L | 10.00 |
| 640 | MOLD | 10/01/85 | 4,425.00 | 0.00 | 0.00 | 4,425.00 | 0.00 | 4,425.00 | 0.00 | S/L | 10.00 |
| 650 | TYPEWRITER | 1/01/86 | 273.00 | 0.00 | 0.00 | 273.00 | 0.00 | 273.00 | 0.00 | S/L | 10.00 |
| 660 | OFFICE FURNITURE | 1/01/86 | 3,296.00 | 0.00 | 0.00 | 3,296.00 | 0.00 | 3,296.00 | 0.00 | S/L | 10.00 |
| 670 | OFFICE EQUIPMENT | 7/01/85 | 885.00 | 0.00 | 0.00 | 885.00 | 0.00 | 885.00 | 0.00 | S/L | 10.00 |
| 690 | STEEL MOLD 16 HEAD | 3/31/78 | 6,400.00 | 0.00 | 0.00 | 6,400.00 | 0.00 | 6,400.00 | 0.00 | S/L | 10.00 |
| 700 | LOGO PLATE | 10/31/78 | 115.00 | 0.00 | 0.00 | 115.00 | 0.00 | 115.00 | 0.00 | S/L | 10.00 |
| 730 | 2 STEEL MOLDS 16 HED | 9/30/78 | 2,600.00 | 0.00 | 0.00 | 2,600.00 | 0.00 | 2,600.00 | 0.00 | S/L | 10.00 |
| 740 | HAND TRUCK | 4/30/81 | 152.00 | 0.00 | 0.00 | 152.00 | 0.00 | 152.00 | 0.00 | S/L | 10.00 |
| 750 | SPRAYER | 5/30/81 | 161.00 | 0.00 | 0.00 | 161.00 | 0.00 | 161.00 | 0.00 | S/L | 10.00 |
| 760 | SILK SCREEN EQUIPMENT | 8/31/81 | 3,940.00 | 0.00 | 0.00 | 3,940.00 | 0.00 | 3,940.00 | 0.00 | S/L | 10.00 |
| 770 | 2 PRESSES AND VISE | 9/30/81 | 353.00 | 0.00 | 0.00 | 353.00 | 0.00 | 353.00 | 0.00 | S/L | 10.00 |
| 780 | WASHER | 12/31/81 | 395.00 | 0.00 | 0.00 | 395.00 | 0.00 | 395.00 | 0.00 | S/L | 10.00 |
| 790 | CAMERA LENSE | 12/31/81 | 255.00 | 0.00 | 0.00 | 255.00 | 0.00 | 255.00 | 0.00 | S/L | 10.00 |
| 800 | DESK, FILES | 5/01/82 | 1,952.00 | 0.00 | 0.00 | 1,952.00 | 0.00 | 1,952.00 | 0.00 | S/L | 10.00 |
| 810 | DESK, FILES | 7/01/82 | 900.00 | 0.00 | 0.00 | 900.00 | 0.00 | 900.00 | 0.00 | S/L | 10.00 |
| 830 | TAPE SHOOTER, SEALER | 11/01/82 | 350.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 | 0.00 | S/L | 10.00 |
| 840 | GENERATOR FOR CHALLG | 12/01/83 | 399.00 | 0.00 | 0.00 | 399.00 | 0.00 | 399.00 | 0.00 | S/L | 10.00 |
| 850 | VIDEO CENTER - T.V. | 12/01/83 | 298.00 | 0.00 | 0.00 | 298.00 | 0.00 | 298.00 | 0.00 | S/L | 10.00 |
| 860 | DRILLS WITH 1.75  BIT | 12/31/82 | 1,308.00 | 0.00 | 0.00 | 1,308.00 | 0.00 | 1,308.00 | 0.00 | S/L | 10.00 |
| 870 | COMPUTER SYSTEM | 6/01/87 | 5,000.00 | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | S/L | 10.00 |
| 880 | COMPUTER SYSTEM | 8/01/87 | 67,601.00 | 0.00 | 0.00 | 67,601.00 | 0.00 | 67,601.00 | 0.00 | S/L | 10.00 |
| 890 | COMPUTER TOOLING | 9/01/87 | 1,485.00 | 0.00 | 0.00 | 1,485.00 | 0.00 | 1,485.00 | 0.00 | S/L | 10.00 |
| 900 | COMPUTER TOOLING | 6/01/87 | 631.00 | 0.00 | 0.00 | 631.00 | 0.00 | 631.00 | 0.00 | S/L | 10.00 |
| 910 | TOOLING | 12/01/87 | 3,253.00 | 0.00 | 0.00 | 3,253.00 | 0.00 | 3,253.00 | 0.00 | S/L | 10.00 |
| 920 | COMPUTER TERMINAL | 12/01/87 | 5,000.00 | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | S/L | 10.00 |
| 940 | POLYMER TOOLING MOLD | 6/30/88 | 2,300.00 | 0.00 | 0.00 | 2,300.00 | 0.00 | 2,300.00 | 0.00 | S/L | 7.00 |
| 950 | COMPUTER PRINTER | 12/05/88 | 744.00 | 0.00 | 0.00 | 744.00 | 0.00 | 744.00 | 0.00 | S/L | 7.00 |
| 960 | COMPUTER UPGRADE | 4/17/88 | 6,522.00 | 0.00 | 0.00 | 6,522.00 | 0.00 | 6,522.00 | 0.00 | S/L | 10.00 |
| 970 | COMP UPGRADE & KEYB | 2/28/89 | 1,110.00 | 0.00 | 0.00 | 1,110.00 | 0.00 | 1,110.00 | 0.00 | S/L | 5.00 |
| 980 | VARIOUS EQUIPMENT | 9/15/88 | 725.00 | 0.00 | 0.00 | 725.00 | 0.00 | 725.00 | 0.00 | S/L | 7.00 |
| 990 | MOLDS-POLYMER | 7/15/89 | 6,820.00 | 0.00 | 0.00 | 6,820.00 | 0.00 | 6,820.00 | 0.00 | S/L | 5.00 |
| 1010 | AWNING | 12/15/90 | 1,252.00 | 0.00 | 0.00 | 1,252.00 | 0.00 | 1,252.00 | 0.00 | S/L | 5.00 |
| 1020 | COMPUTER & PHONE | 9/01/90 | 5,400.00 | 0.00 | 0.00 | 5,400.00 | 0.00 | 5,400.00 | 0.00 | S/L | 5.00 |
| 1030 | VCR | 9/15/91 | 406.00 | 0.00 | 0.00 | 406.00 | 0.00 | 406.00 | 0.00 | S/L | 5.00 |
| 1040 | DRAW DIE-REACTION SP | 9/15/91 | 200.00 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 | 0.00 | S/L | 7.00 |
| 1050 | LASER PRINTER | 9/15/91 | 1,925.00 | 0.00 | 0.00 | 1,925.00 | 0.00 | 1,925.00 | 0.00 | S/L | 5.00 |
| 1060 | HP DISK SPACE | 9/15/91 | 5,350.00 | 0.00 | 0.00 | 5,350.00 | 0.00 | 5,350.00 | 0.00 | S/L | 5.00 |
| 1080 | TOOLING MOLD | 9/15/92 | 5,730.00 | 0.00 | 0.00 | 5,730.00 | 0.00 | 5,730.00 | 0.00 | S/L | 5.00 |
| 1090 | MISC EQUIP ACTION | 9/15/92 | 2,480.00 | 0.00 | 0.00 | 2,480.00 | 0.00 | 2,480.00 | 0.00 | S/L | 5.00 |
| 1100 | MRKING GUN | 11/15/92 | 208.00 | 0.00 | 0.00 | 208.00 | 0.00 | 208.00 | 0.00 | S/L | 5.00 |
| 1110 | TAPPING MACHINE | 11/15/92 | 339.00 | 0.00 | 0.00 | 339.00 | 0.00 | 339.00 | 0.00 | S/L | 5.00 |
| 1120 | TOOLING MOLD | 11/15/92 | 5,450.00 | 0.00 | 0.00 | 5,450.00 | 0.00 | 5,450.00 | 0.00 | S/L | 5.00 |
| 1130 | SHOW DISPLAY | 1/15/93 | 15,090.00 | 0.00 | 0.00 | 15,090.00 | 0.00 | 15,090.00 | 0.00 | S/L | 5.00 |
| 1160 | OFFICE FURNITURE | 4/30/93 | 482.00 | 0.00 | 0.00 | 482.00 | 0.00 | 482.00 | 0.00 | S/L | 5.00 |
| 1180 | ELECT & CALC SCALES | 7/31/94 | 170.00 | 0.00 | 0.00 | 170.00 | 0.00 | 170.00 | 0.00 | S/L | 5.00 |
| 1190 | TAPE DISPENSERS | 8/03/94 | 187.00 | 0.00 | 0.00 | 187.00 | 0.00 | 187.00 | 0.00 | S/L | 5.00 |

66525  Reliable Racing

**Book Asset Detail**   **4/01/14 - 3/31/15**

FYE: 3/31/2015

06/03/2015  3:20 PM
Page 6

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Group: | **RELIABLE RACING EQUIPMENT (continued)** | | | | | | | | | | | |
| 1200 | | SHELVING | 7/31/94 | 1,426.00 | 0.00 | 0.00 | 1,426.00 | 0.00 | 1,426.00 | 0.00 | S/L | 5.00 |
| 1210 | | 5 HEAVY DUTY SHELVES | 8/31/94 | 901.00 | 0.00 | 0.00 | 901.00 | 0.00 | 901.00 | 0.00 | S/L | 5.00 |
| 1220 | | HYDRALLIC PALLET TRK | 8/31/94 | 415.00 | 0.00 | 0.00 | 415.00 | 0.00 | 415.00 | 0.00 | S/L | 5.00 |
| 1230 | | SHELVING | 8/31/94 | 2,052.00 | 0.00 | 0.00 | 2,052.00 | 0.00 | 2,052.00 | 0.00 | S/L | 5.00 |
| 1240 | | OPEN SHELF TRUCK | 8/31/94 | 318.00 | 0.00 | 0.00 | 318.00 | 0.00 | 318.00 | 0.00 | S/L | 5.00 |
| 1250 | | FLUSH DECK DOLLY | 8/31/94 | 132.00 | 0.00 | 0.00 | 132.00 | 0.00 | 132.00 | 0.00 | S/L | 5.00 |
| 1260 | | TAPE DISPENSERS | 12/15/94 | 618.00 | 0.00 | 0.00 | 618.00 | 0.00 | 618.00 | 0.00 | S/L | 5.00 |
| 1310 | | LINE IMPACT PRINTER | 10/08/94 | 6,569.00 | 0.00 | 0.00 | 6,569.00 | 0.00 | 6,569.00 | 0.00 | S/L | 5.00 |
| 1320 | | USA FLEX INC - COMPUTER | 11/22/94 | 2,065.00 | 0.00 | 0.00 | 2,065.00 | 0.00 | 2,065.00 | 0.00 | S/L | 5.00 |
| 1340 | | COMPUTER EQUIPMENT | 11/30/94 | 481.00 | 0.00 | 0.00 | 481.00 | 0.00 | 481.00 | 0.00 | S/L | 5.00 |
| 1350 | | MORTECH UPGRADE | 2/01/95 | 26,191.00 | 0.00 | 0.00 | 26,191.00 | 0.00 | 26,191.00 | 0.00 | S/L | 5.00 |
| 1360 | | GENSIS SOFTWARE | 3/20/94 | 12,685.00 | 0.00 | 0.00 | 12,685.00 | 0.00 | 12,685.00 | 0.00 | S/L | 5.00 |
| 1370 | | STEREO SYSTEM | 12/02/94 | 792.00 | 0.00 | 0.00 | 792.00 | 0.00 | 792.00 | 0.00 | S/L | 5.00 |
| 1380 | | SEARS DRILL | 12/04/94 | 148.00 | 0.00 | 0.00 | 148.00 | 0.00 | 148.00 | 0.00 | S/L | 7.00 |
| 1390 | | TOOLS - PETERSON RM | 1/06/95 | 99.00 | 0.00 | 0.00 | 99.00 | 0.00 | 99.00 | 0.00 | S/L | 7.00 |
| 1420 | | CAV PLASTIC MOLDS | 3/28/95 | 3,667.00 | 0.00 | 0.00 | 3,667.00 | 0.00 | 3,667.00 | 0.00 | S/L | 7.00 |
| 1430 | | SHELVING | 6/15/95 | 2,377.00 | 0.00 | 0.00 | 2,377.00 | 0.00 | 2,377.00 | 0.00 | S/L | 7.00 |
| 1440 | | 4 CONVEYERS | 6/15/95 | 563.00 | 0.00 | 0.00 | 563.00 | 0.00 | 563.00 | 0.00 | S/L | 7.00 |
| 1450 | | 2 OPEN SHELVING | 7/15/95 | 932.00 | 0.00 | 0.00 | 932.00 | 0.00 | 932.00 | 0.00 | S/L | 7.00 |
| 1460 | | 88 SHELVING | 7/15/95 | 3,234.00 | 0.00 | 0.00 | 3,234.00 | 0.00 | 3,234.00 | 0.00 | S/L | 7.00 |
| 1470 | | 2 TAPE DISPENSERS | 8/15/95 | 560.00 | 0.00 | 0.00 | 560.00 | 0.00 | 560.00 | 0.00 | S/L | 7.00 |
| 1480 | | SHELVES 5 FRAMES | 11/15/95 | 253.00 | 0.00 | 0.00 | 253.00 | 0.00 | 253.00 | 0.00 | S/L | 7.00 |
| 1490 | | SHELVES 3 FRAMES | 11/15/95 | 135.00 | 0.00 | 0.00 | 135.00 | 0.00 | 135.00 | 0.00 | S/L | 7.00 |
| 1500 | | SHELVES 18 BEAMS | 11/15/95 | 438.00 | 0.00 | 0.00 | 438.00 | 0.00 | 438.00 | 0.00 | S/L | 7.00 |
| 1510 | | SHELVES 12 BEAMS | 11/15/95 | 343.00 | 0.00 | 0.00 | 343.00 | 0.00 | 343.00 | 0.00 | S/L | 7.00 |
| 1520 | | 4 TAPE DISPENSERS | 11/15/95 | 1,162.00 | 0.00 | 0.00 | 1,162.00 | 0.00 | 1,162.00 | 0.00 | S/L | 7.00 |
| 1530 | | 1 TAPE DISPENSER | 12/15/95 | 290.00 | 0.00 | 0.00 | 290.00 | 0.00 | 290.00 | 0.00 | S/L | 7.00 |
| 1540 | | PAINT STORAGE CABINET | 7/15/95 | 457.00 | 0.00 | 0.00 | 457.00 | 0.00 | 457.00 | 0.00 | S/L | 7.00 |
| 1550 | | PUNCH TOOL | 8/15/95 | 141.00 | 0.00 | 0.00 | 141.00 | 0.00 | 141.00 | 0.00 | S/L | 7.00 |
| 1560 | | TELEPHONE UPGRADE | 11/15/95 | 12,715.00 | 0.00 | 0.00 | 12,715.00 | 0.00 | 12,715.00 | 0.00 | S/L | 7.00 |
| 1570 | | 2 AIR PURIFIER MACHINES | 1/15/96 | 257.00 | 0.00 | 0.00 | 257.00 | 0.00 | 257.00 | 0.00 | S/L | 7.00 |
| 1580 | | PQS SOFTWARE SYSTEM | 4/15/95 | 16,765.00 | 0.00 | 0.00 | 16,765.00 | 0.00 | 16,765.00 | 0.00 | S/L | 5.00 |
| 1590 | | ADAGE DATABASE | 4/15/95 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | S/L | 5.00 |
| 1640 | | MORTECH MEMORY PACK | 6/15/95 | 1,390.00 | 0.00 | 0.00 | 1,390.00 | 0.00 | 1,390.00 | 0.00 | S/L | 5.00 |
| 1690 | | HP LASER JET | 8/15/95 | 409.00 | 0.00 | 0.00 | 409.00 | 0.00 | 409.00 | 0.00 | S/L | 5.00 |
| 1700 | | CABLES AM | 8/15/95 | 182.00 | 0.00 | 0.00 | 182.00 | 0.00 | 182.00 | 0.00 | S/L | 5.00 |
| 1710 | | PC CONNECTION COMPUTER | 8/15/95 | 465.00 | 0.00 | 0.00 | 465.00 | 0.00 | 465.00 | 0.00 | S/L | 5.00 |
| 1720 | | IODATA S TERMINALS | 9/15/95 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 5.00 |
| 1730 | | COMTRAD COMPUTER | 9/15/95 | 179.00 | 0.00 | 0.00 | 179.00 | 0.00 | 179.00 | 0.00 | S/L | 5.00 |
| 1740 | | CABLES AM | 9/15/95 | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | S/L | 5.00 |
| 1760 | | MORTECH | 10/15/95 | 4,958.00 | 0.00 | 0.00 | 4,958.00 | 0.00 | 4,958.00 | 0.00 | S/L | 5.00 |
| 1770 | | SYMQUEST DRIVE | 10/15/95 | 612.00 | 0.00 | 0.00 | 612.00 | 0.00 | 612.00 | 0.00 | S/L | 5.00 |
| 1780 | | 88MG SYMQUEST DRIVE | 10/15/95 | 304.00 | 0.00 | 0.00 | 304.00 | 0.00 | 304.00 | 0.00 | S/L | 5.00 |
| 1790 | | 200MB SYMQUEST | 10/15/95 | 608.00 | 0.00 | 0.00 | 608.00 | 0.00 | 608.00 | 0.00 | S/L | 5.00 |
| 1820 | | COGNOS | 12/15/95 | 5,175.00 | 0.00 | 0.00 | 5,175.00 | 0.00 | 5,175.00 | 0.00 | S/L | 5.00 |
| 1840 | | MORTECH UPGRADE | 12/15/95 | 4,529.00 | 0.00 | 0.00 | 4,529.00 | 0.00 | 4,529.00 | 0.00 | S/L | 5.00 |
| 1850 | | WORD PROCESSOR | 12/15/95 | 150.00 | 0.00 | 0.00 | 150.00 | 0.00 | 150.00 | 0.00 | S/L | 5.00 |
| 1880 | | COMPUTER IMAGE 2 PWR | 1/15/96 | 12,730.00 | 0.00 | 0.00 | 12,730.00 | 0.00 | 12,730.00 | 0.00 | S/L | 5.00 |
| 1890 | | MORTECH 4GBSCSI | 2/15/96 | 3,140.00 | 0.00 | 0.00 | 3,140.00 | 0.00 | 3,140.00 | 0.00 | S/L | 5.00 |

66525  Reliable Racing

**Book Asset Detail    4/01/14 - 3/31/15**

06/03/2015  3:20 PM

FYE: 3/31/2015

Page 7

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: RELIABLE RACING EQUIPMENT (continued)** | | | | | | | | | | | | |
| 1920 | | CABLES AM | 3/15/96 | 257.00 | 0.00 | 0.00 | 257.00 | 0.00 | 257.00 | 0.00 | S/L | 5.00 |
| 1930 | | SCALE | 4/15/96 | 136.00 | 0.00 | 0.00 | 136.00 | 0.00 | 136.00 | 0.00 | S/L | 5.00 |
| 1940 | | 2 LADDERS | 7/15/96 | 765.00 | 0.00 | 0.00 | 765.00 | 0.00 | 765.00 | 0.00 | S/L | 7.00 |
| 1950 | | SHELVING | 9/15/96 | 4,833.00 | 0.00 | 0.00 | 4,833.00 | 0.00 | 4,833.00 | 0.00 | S/L | 7.00 |
| 1960 | | 2-LS4004 SCANNER | 8/15/96 | 1,701.00 | 0.00 | 0.00 | 1,701.00 | 0.00 | 1,701.00 | 0.00 | S/L | 5.00 |
| 1970 | | DATACOMM-NTPRNT 1000 | 9/15/96 | 673.00 | 0.00 | 0.00 | 673.00 | 0.00 | 673.00 | 0.00 | S/L | 5.00 |
| 1980 | | HPDESKWTR 680C | 10/15/96 | 316.00 | 0.00 | 0.00 | 316.00 | 0.00 | 316.00 | 0.00 | S/L | 5.00 |
| 2020 | | POWER SUPPLY | 10/15/96 | 494.00 | 0.00 | 0.00 | 494.00 | 0.00 | 494.00 | 0.00 | S/L | 5.00 |
| 2050 | | CONAM-NETWORK | 10/15/96 | 27,200.00 | 0.00 | 0.00 | 27,200.00 | 0.00 | 27,200.00 | 0.00 | S/L | 5.00 |
| 2060 | | COMP NETWORK | 10/15/96 | 2,407.00 | 0.00 | 0.00 | 2,407.00 | 0.00 | 2,407.00 | 0.00 | S/L | 5.00 |
| 2080 | | 1 LS 4004 SCANNER | 11/15/96 | 871.00 | 0.00 | 0.00 | 871.00 | 0.00 | 871.00 | 0.00 | S/L | 5.00 |
| 2090 | | SOFTWARE UPGRADE | 1/15/97 | 620.00 | 0.00 | 0.00 | 620.00 | 0.00 | 620.00 | 0.00 | S/L | 3.00 |
| 2100 | | 6.0 SYS PACK &10 | 1/15/97 | 745.00 | 0.00 | 0.00 | 745.00 | 0.00 | 745.00 | 0.00 | S/L | 3.00 |
| 2130 | | CAVALLERO MOLD | 9/15/96 | 28,800.00 | 0.00 | 0.00 | 28,800.00 | 0.00 | 28,800.00 | 0.00 | S/L | 7.00 |
| 2150 | | 14 OFFICE CHAIRS | 10/15/96 | 685.00 | 0.00 | 0.00 | 685.00 | 0.00 | 685.00 | 0.00 | S/L | 7.00 |
| 2160 | | ALL-FAB (MOLD) | 12/15/96 | 333.00 | 0.00 | 0.00 | 333.00 | 0.00 | 333.00 | 0.00 | S/L | 7.00 |
| 2170 | | TV/VCR | 3/15/97 | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 | 0.00 | S/L | 5.00 |
| 2180 | | MONITOR | 4/16/97 | 965.00 | 0.00 | 0.00 | 965.00 | 0.00 | 965.00 | 0.00 | S/L | 5.00 |
| 2190 | | DATA COMM WAREHOUSE | 4/16/97 | 152.00 | 0.00 | 0.00 | 152.00 | 0.00 | 152.00 | 0.00 | S/L | 5.00 |
| 2210 | | NETWORK & MODEM | 5/08/97 | 2,500.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | S/L | 5.00 |
| 2220 | | NETWORK ENG | 5/20/97 | 935.00 | 0.00 | 0.00 | 935.00 | 0.00 | 935.00 | 0.00 | S/L | 5.00 |
| 2240 | | 3000 CONN W/ REFLECTNS | 6/10/97 | 452.00 | 0.00 | 0.00 | 452.00 | 0.00 | 452.00 | 0.00 | S/L | 5.00 |
| 2250 | | TOOLING-KNUCLES FLEX | 6/18/97 | 5,800.00 | 0.00 | 0.00 | 5,800.00 | 0.00 | 5,800.00 | 0.00 | S/L | 7.00 |
| 2260 | | CAVITY COMP. FG BUSHG | 6/18/97 | 2,800.00 | 0.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 | 0.00 | S/L | 7.00 |
| 2270 | | REFLECTIONS W/NSVT | 7/01/97 | 490.00 | 0.00 | 0.00 | 490.00 | 0.00 | 490.00 | 0.00 | S/L | 5.00 |
| 2280 | | MICRO SYS-LAPLINK | 7/01/97 | 517.00 | 0.00 | 0.00 | 517.00 | 0.00 | 517.00 | 0.00 | S/L | 3.00 |
| 2310 | | SEARS TV/VCR | 7/14/97 | 428.00 | 0.00 | 0.00 | 428.00 | 0.00 | 428.00 | 0.00 | S/L | 5.00 |
| 2320 | | OFFICE FURNITURE | 7/31/97 | 264.00 | 0.00 | 0.00 | 264.00 | 0.00 | 264.00 | 0.00 | S/L | 7.00 |
| 2350 | | 2 CHAIRS - CHARLIES | 8/31/97 | 289.00 | 0.00 | 0.00 | 289.00 | 0.00 | 289.00 | 0.00 | S/L | 7.00 |
| 2380 | | SONY 17  MONITOR | 9/09/97 | 749.00 | 0.00 | 0.00 | 749.00 | 0.00 | 749.00 | 0.00 | S/L | 5.00 |
| 2390 | | 12 CHAIRS | 9/09/97 | 963.00 | 0.00 | 0.00 | 963.00 | 0.00 | 963.00 | 0.00 | S/L | 7.00 |
| 2400 | | UPGRADE USER TO 40 | 9/09/97 | 7,053.00 | 0.00 | 0.00 | 7,053.00 | 0.00 | 7,053.00 | 0.00 | S/L | 5.00 |
| 2410 | | NETWORKING | 9/11/97 | 1,418.00 | 0.00 | 0.00 | 1,418.00 | 0.00 | 1,418.00 | 0.00 | S/L | 5.00 |
| 2420 | | NETWORK MATERIAL | 9/11/97 | 2,599.00 | 0.00 | 0.00 | 2,599.00 | 0.00 | 2,599.00 | 0.00 | S/L | 5.00 |
| 2430 | | WAREHOUSE SHELVING | 9/12/97 | 1,410.00 | 0.00 | 0.00 | 1,410.00 | 0.00 | 1,410.00 | 0.00 | S/L | 7.00 |
| 2440 | | OFFICE DESK SHELVES | 9/15/97 | 350.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 | 0.00 | S/L | 7.00 |
| 2450 | | 3 TAPE DISPENSERS | 9/26/97 | 1,039.00 | 0.00 | 0.00 | 1,039.00 | 0.00 | 1,039.00 | 0.00 | S/L | 7.00 |
| 2460 | | CAVITY FOR FG BUSHING | 9/26/97 | 2,800.00 | 0.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 | 0.00 | S/L | 7.00 |
| 2500 | | TOOLING FOR TOP CA | 9/30/97 | 700.00 | 0.00 | 0.00 | 700.00 | 0.00 | 700.00 | 0.00 | S/L | 7.00 |
| 2510 | | COMPUTER COMPONENT | 10/01/97 | 239.00 | 0.00 | 0.00 | 239.00 | 0.00 | 239.00 | 0.00 | S/L | 5.00 |
| 2520 | | 6 LADDERS | 10/03/97 | 1,526.00 | 0.00 | 0.00 | 1,526.00 | 0.00 | 1,526.00 | 0.00 | S/L | 7.00 |
| 2530 | | KNUCKLES FOR FG FLEX | 10/09/97 | 5,800.00 | 0.00 | 0.00 | 5,800.00 | 0.00 | 5,800.00 | 0.00 | S/L | 7.00 |
| 2540 | | MAGNAVOX VCR | 10/14/97 | 193.00 | 0.00 | 0.00 | 193.00 | 0.00 | 193.00 | 0.00 | S/L | 5.00 |
| 2560 | | CAVITY FOR FG BUSHNG | 10/16/97 | 2,800.00 | 0.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 | 0.00 | S/L | 7.00 |
| 2570 | | KNUCKLES FOR FG FLEX | 10/16/97 | 5,800.00 | 0.00 | 0.00 | 5,800.00 | 0.00 | 5,800.00 | 0.00 | S/L | 7.00 |
| 2590 | | MAC MICRO CAT 5 CABLES | 11/12/97 | 445.00 | 0.00 | 0.00 | 445.00 | 0.00 | 445.00 | 0.00 | S/L | 5.00 |
| 2600 | | MOD FOR TOP FG BUSHG | 12/19/97 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 7.00 |
| 2610 | | SINGLE SERVER CD-ROM | 12/26/97 | 299.00 | 0.00 | 0.00 | 299.00 | 0.00 | 299.00 | 0.00 | S/L | 5.00 |
| 2620 | | MSFT WORD 6.0.1 | 12/26/97 | 288.00 | 0.00 | 0.00 | 288.00 | 0.00 | 288.00 | 0.00 | S/L | 3.00 |

66525  Reliable Racing

**Book Asset Detail    4/01/14 - 3/31/15**

06/03/2015  3:20 PM

FYE: 3/31/2015

Page 8

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:** | **RELIABLE RACING EQUIPMENT (continued)** | | | | | | | | | | | |
| 2630 | | SHELVING MATERIAL | 1/07/98 | 492.00 | 0.00 | 0.00 | 492.00 | 0.00 | 492.00 | 0.00 | S/L | 7.00 |
| 2640 | | MTQ537 17  MONITOR | 1/07/98 | 488.00 | 0.00 | 0.00 | 488.00 | 0.00 | 488.00 | 0.00 | S/L | 5.00 |
| 2660 | | SEAGATE BARRACUDA | 2/16/98 | 585.00 | 0.00 | 0.00 | 585.00 | 0.00 | 585.00 | 0.00 | S/L | 5.00 |
| 2670 | | 9 GIG SEAGATE | 2/17/98 | 511.00 | 0.00 | 0.00 | 511.00 | 0.00 | 511.00 | 0.00 | S/L | 5.00 |
| 2680 | | DESIGN FUNCTION | 2/25/98 | 9,550.00 | 0.00 | 0.00 | 9,550.00 | 0.00 | 9,550.00 | 0.00 | S/L | 5.00 |
| 2690 | | CAVITY FOR FG FLEX | 3/05/98 | 2,100.00 | 0.00 | 0.00 | 2,100.00 | 0.00 | 2,100.00 | 0.00 | S/L | 7.00 |
| 2700 | | BOTTOM FG BUSHING | 3/19/98 | 940.00 | 0.00 | 0.00 | 940.00 | 0.00 | 940.00 | 0.00 | S/L | 7.00 |
| 2710 | | MEM USER & CACHE | 3/19/98 | 470.00 | 0.00 | 0.00 | 470.00 | 0.00 | 470.00 | 0.00 | S/L | 5.00 |
| 2720 | | CAV TOOLING MOD | 8/26/98 | 2,800.00 | 0.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 | 0.00 | S/L | 7.00 |
| 2730 | | CAV TOOLING MOD | 9/24/98 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | S/L | 7.00 |
| 2740 | | CAV TOOLING MOD | 12/21/98 | 2,680.00 | 0.00 | 0.00 | 2,680.00 | 0.00 | 2,680.00 | 0.00 | S/L | 7.00 |
| 2750 | | PLASTICS TOOLING | 2/10/99 | 880.00 | 0.00 | 0.00 | 880.00 | 0.00 | 880.00 | 0.00 | S/L | 7.00 |
| 3450 | | Palm Beach Plastics | 3/02/00 | 967.25 | 0.00 | 0.00 | 109.23 | 0.00 | 109.23 | 858.02 | S/L | 10.00 |
| 3460 | | Grafika - computer & periphals | 3/10/00 | 5,235.51 | 0.00 | 0.00 | 5,235.51 | 0.00 | 5,235.51 | 0.00 | S/L | 10.00 |
| 3480 | | Super Coolscan 2000 Mac | 5/24/99 | 1,818.95 | 0.00 | 0.00 | 1,818.95 | 0.00 | 1,818.95 | 0.00 | S/L | 10.00 |
| 3490 | | Aluminum Gate Key | 8/12/99 | 3,250.00 | 0.00 | 0.00 | 3,250.00 | 0.00 | 3,250.00 | 0.00 | S/L | 10.00 |
| 3500 | | Cavallero Plastics #3269 | 7/13/99 | 2,520.00 | 0.00 | 0.00 | 2,520.00 | 0.00 | 2,520.00 | 0.00 | S/L | 10.00 |
| 3510 | | Cavallero Plastics - 27mm Adapter | 5/05/99 | 4,320.00 | 0.00 | 0.00 | 4,320.00 | 0.00 | 4,320.00 | 0.00 | S/L | 10.00 |
| 3520 | | Cavallero Plastics #3263adapter | 8/10/99 | 2,520.00 | 0.00 | 0.00 | 2,520.00 | 0.00 | 2,520.00 | 0.00 | S/L | 10.00 |
| 3530 | | Cavallero Plastic Gate Panel Button | 9/09/99 | 2,520.00 | 0.00 | 0.00 | 2,520.00 | 0.00 | 2,520.00 | 0.00 | S/L | 10.00 |
| 3540 | | Cavallero Plastics 25mm Shaft | 10/08/99 | 3,440.00 | 0.00 | 0.00 | 3,440.00 | 0.00 | 3,440.00 | 0.00 | S/L | 10.00 |
| 3561 | | TOOLING COSTS-CAVALLERO | 4/03/00 | 1,284.00 | 0.00 | 0.00 | 1,284.00 | 0.00 | 1,284.00 | 0.00 | S/L | 5.00 |
| 3562 | | TOOLING COSTS FOR SINGLE C | 5/08/00 | 5,136.00 | 0.00 | 0.00 | 5,136.00 | 0.00 | 5,136.00 | 0.00 | S/L | 5.00 |
| 3563 | | TOOLING COST FOR TENDON M | 8/17/00 | 1,605.00 | 0.00 | 0.00 | 1,605.00 | 0.00 | 1,605.00 | 0.00 | S/L | 5.00 |
| 3564 | | TOOLING COST TO 27MM SHAF | 8/25/00 | 1,070.00 | 0.00 | 0.00 | 1,070.00 | 0.00 | 1,070.00 | 0.00 | S/L | 5.00 |
| 3565 | | TOOLING COST FOR DIE UPGR. | 9/18/00 | 699.36 | 0.00 | 0.00 | 699.36 | 0.00 | 699.36 | 0.00 | S/L | 5.00 |
| 3567 | | PREMIO NT FILE SERVER | 7/25/00 | 20,044.16 | 0.00 | 0.00 | 20,044.16 | 0.00 | 20,044.16 | 0.00 | S/L | 5.00 |
| 3568 | | OSICOM FRAME RELAY T1 | 8/31/00 | 4,079.22 | 0.00 | 0.00 | 4,079.22 | 0.00 | 4,079.22 | 0.00 | S/L | 5.00 |
| 3570 | | D-LINK PORT HUB | 11/30/00 | 3,358.73 | 0.00 | 0.00 | 3,358.73 | 0.00 | 3,358.73 | 0.00 | S/L | 5.00 |
| 3571 | | PAD PRINT MACHINERY | 7/31/00 | 23,921.78 | 0.00 | 0.00 | 23,921.78 | 0.00 | 23,921.78 | 0.00 | S/L | 5.00 |
| 3572 | | ALL-FAB TOOLING MODIFICAT | 7/18/00 | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 | 0.00 | S/L | 5.00 |
| 3573 | | COMPRESSOR | 9/30/00 | 150.00 | 0.00 | 0.00 | 150.00 | 0.00 | 150.00 | 0.00 | S/L | 5.00 |
| 3574 | | SMALL FURNACE | 12/05/00 | 1,425.00 | 0.00 | 0.00 | 1,425.00 | 0.00 | 1,425.00 | 0.00 | S/L | 5.00 |
| 3575 | | DIGITAL CAMERA | 2/01/01 | 2,711.79 | 0.00 | 0.00 | 2,711.79 | 0.00 | 2,711.79 | 0.00 | S/L | 5.00 |
| 3576 | | DESK | 8/16/00 | 252.49 | 0.00 | 0.00 | 252.49 | 0.00 | 252.49 | 0.00 | S/L | 7.00 |
| 3577 | | EINSTEIN -PRIMIER ECOMMER | 9/01/00 | 48,177.79 | 0.00 | 0.00 | 48,177.79 | 0.00 | 48,177.79 | 0.00 | S/L | 5.00 |
| 3591 | | WHAREHOUSE SHELVING | 8/31/01 | 5,665.89 | 0.00 | 0.00 | 5,665.89 | 0.00 | 5,665.89 | 0.00 | S/L | 7.00 |
| 3592 | | WHAREHOUSE SHELVING | 9/06/01 | 6,645.08 | 0.00 | 0.00 | 6,645.08 | 0.00 | 6,645.08 | 0.00 | S/L | 7.00 |
| 3595 | | BUNZL EXTRUSION TOOL | 10/03/01 | 802.50 | 0.00 | 0.00 | 802.50 | 0.00 | 802.50 | 0.00 | S/L | 5.00 |
| 3603 | | Photo Studio | 5/31/02 | 13,926.91 | 0.00 | 0.00 | 13,926.91 | 0.00 | 13,926.91 | 0.00 | S/L | 5.00 |
| 3604 | | Tooling Costs - Misc | 5/31/02 | 16,069.05 | 0.00 | 0.00 | 16,069.05 | 0.00 | 16,069.05 | 0.00 | S/L | 5.00 |
| 3605 | | Tooling Costs - Medal | 2/06/03 | 749.00 | 0.00 | 0.00 | 749.00 | 0.00 | 749.00 | 0.00 | S/L | 5.00 |
| 3610 | | Kyocera Mita Copier | 12/11/03 | 3,589.16 | 0.00 | 0.00 | 3,589.16 | 0.00 | 3,589.16 | 0.00 | S/L | 5.00 |
| 3615 | | Teal's Express | 8/16/05 | 511.03 | 0.00 | 0.00 | 511.03 | 51.00 | 511.03 | 0.00 | 200DB | 7.00 |
| 3616 | | Global Equip.- Shelving | 8/23/05 | 4,722.55 | 0.00 | 0.00 | 4,722.55 | 0.00 | 4,722.55 | 0.00 | 200DB | 7.00 |
| 3617 | | Global Equip. - Shelving | 12/06/05 | 797.18 | 0.00 | 0.00 | 797.18 | 0.00 | 797.18 | 0.00 | 200DB | 7.00 |
| 3618 | | global equip. - shelving | 12/06/05 | 819.85 | 0.00 | 0.00 | 819.85 | 0.00 | 819.85 | 0.00 | 200DB | 7.00 |
| 3620 | | global equip.- equipment | 12/06/05 | 563.79 | 0.00 | 0.00 | 563.79 | 0.00 | 563.79 | 0.00 | 200DB | 7.00 |
| 3623 | | MALE BUSHING- CAVALLERO | 6/02/06 | 971.56 | 0.00 | 0.00 | 971.56 | 0.00 | 971.56 | 0.00 | S/L | 5.00 |

66525  Reliable Racing

**Book Asset Detail   4/01/14 - 3/31/15**

06/03/2015  3:20 PM
Page 9

FYE: 3/31/2015

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Group: RELIABLE RACING EQUIPMENT (continued)**

| 3624 | HP COLOR LASERJET 5550 DN F | 7/18/06 | 4,144.97 | 0.00 | 0.00 | 4,144.97 | 0.00 | 4,144.97 | 0.00 | S/L | 5.00 |
| 3625 | 27MM SHAFT ADAPTER | 10/17/06 | 971.56 | 0.00 | 0.00 | 971.56 | 0.00 | 971.56 | 0.00 | S/L | 5.00 |
| 3626 | 27MM SHAFT ADAPTER | 10/17/06 | 909.00 | 0.00 | 0.00 | 909.00 | 0.00 | 909.00 | 0.00 | S/L | 5.00 |
| 3630 | DIGITAL CAMERA | 7/12/06 | 454.34 | 0.00 | 0.00 | 454.34 | 0.00 | 454.34 | 0.00 | S/L | 5.00 |
| 3631 | TWO- WAY RADIOS | 12/04/06 | 780.03 | 0.00 | 0.00 | 780.03 | 0.00 | 780.03 | 0.00 | S/L | 5.00 |
| 3632 | TOOLING | 3/20/07 | 535.00 | 0.00 | 0.00 | 535.00 | 0.00 | 535.00 | 0.00 | S/L | 5.00 |
| 3633 | TOOLING - PLASTIC | 5/02/07 | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 | 0.00 | S/L | 5.00 |
| 3634 | TOOLING - PLASTICS | 6/29/07 | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 | 0.00 | S/L | 5.00 |
| 3635 | WAREHOUSE SHELVING | 12/05/07 | 1,853.60 | 0.00 | 0.00 | 1,853.60 | 0.00 | 1,853.60 | 0.00 | S/L | 5.00 |
| 3636 | COMPUTER - OPTIPLEX 755 MII | 1/29/08 | 1,079.35 | 0.00 | 0.00 | 1,079.35 | 0.00 | 1,079.35 | 0.00 | S/L | 5.00 |
| 3637 | COMPUTER - OPTIPLEX 745C M | 1/08/08 | 3,822.02 | 0.00 | 0.00 | 3,822.02 | 0.00 | 3,822.02 | 0.00 | S/L | 5.00 |
| 3638 | COMPUTER - OPTIPLEX 330 MII | 3/25/08 | 1,074.29 | 0.00 | 0.00 | 1,074.29 | 0.00 | 1,074.29 | 0.00 | S/L | 5.00 |
| 3639 | COMPUTER - VOSTRO 1500 | 11/26/07 | 1,358.51 | 0.00 | 0.00 | 1,358.51 | 0.00 | 1,358.51 | 0.00 | S/L | 5.00 |
| 3642 | BOOT PRESS WITH ATTACHME | 1/05/09 | 1,337.73 | 0.00 | 0.00 | 1,337.73 | 0.00 | 1,337.73 | 0.00 | S/L | 5.00 |
| 3644 | TOOLING | 8/12/08 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 0.00 | 9,800.00 | 0.00 | 200DB | 5.0 |
| 3645 | TOOLING -53751 | 9/03/08 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 5.00 |
| 3646 | TOOLING -54807 | 11/21/08 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 5.00 |
| 3648 | STAPLE SET | 9/25/08 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 | 0.00 | S/L | 5.00 |
| 3650 | SERVER SYSTEM | 5/07/09 | 20,510.83 | 0.00 | 0.00 | 20,169.00 | 341.83 | 20,510.83 | 0.00 | S/L | 5.00 |
| 3651 | BOOT EXPANDERS | 2/16/10 | 1,222.79 | 0.00 | 0.00 | 998.62 | 224.17 | 1,222.79 | 0.00 | S/L | 5.00 |
| 3652 | TOOLING - BY CAVALLERO PL | 2/23/10 | 1,100.00 | 0.00 | 0.00 | 898.33 | 201.67 | 1,100.00 | 0.00 | S/L | 5.00 |
| 3686 | POLE ADAPTER | 6/17/10 | 480.00 | 0.00 | 0.00 | 360.00 | 96.00 | 456.00 | 24.00 | S/L | 5.00 |
| 3687 | TOOLING-ETCHED STEEL PLAT | 8/06/10 | 608.07 | 0.00 | 0.00 | 445.91 | 121.61 | 567.52 | 40.55 | S/L | 5.00 |
| 3688 | FILING CABINETS | 9/27/10 | 768.25 | 0.00 | 0.00 | 537.78 | 153.65 | 691.43 | 76.82 | S/L | 5.00 |
| 3689 | BARCODE TAG AND LABEL PR | 11/30/10 | 1,860.60 | 0.00 | 0.00 | 1,240.40 | 372.12 | 1,612.52 | 248.08 | S/L | 5.00 |
| 3690 | TOOLING FOR ADAPTER | 12/29/10 | 600.00 | 0.00 | 0.00 | 390.00 | 120.00 | 510.00 | 90.00 | S/L | 5.00 |
| 3693 | TOOLING - MODIFY MOLD | 6/30/11 | 2,430.00 | 0.00 | 0.00 | 1,336.50 | 486.00 | 1,822.50 | 607.50 | S/L | 5.00 |
| 3694 | TOOLING FOR PRODUCTION | 7/21/11 | 1,540.00 | 0.00 | 0.00 | 821.33 | 308.00 | 1,129.33 | 410.67 | S/L | 5.00 |
| 3702 | TOOLING - FEATHERBASE | 12/01/11 | 1,060.00 | 0.00 | 0.00 | 494.67 | 212.00 | 706.67 | 353.33 | S/L | 5.00 |
| 3704 | STAMP KIT | 7/01/11 | 404.89 | 0.00 | 0.00 | 222.69 | 80.98 | 303.67 | 101.22 | S/L | 5.00 |
| 3705 | PANASONIC DRILL | 12/09/11 | 439.89 | 0.00 | 0.00 | 205.29 | 87.98 | 293.27 | 146.62 | S/L | 5.00 |
| 3706 | AIR COMPRESSOR | 3/14/12 | 408.18 | 0.00 | 0.00 | 170.08 | 81.64 | 251.72 | 156.46 | S/L | 5.00 |
| 3708 | TOOLING - MODIFY MOLD | 6/13/12 | 3,800.00 | 0.00 | 0.00 | 1,393.33 | 760.00 | 2,153.33 | 1,646.67 | S/L | 5.00 |
| 3709 | TOOLING - MODIFY MOLD | 8/24/12 | 3,750.00 | 0.00 | 0.00 | 1,187.50 | 750.00 | 1,937.50 | 1,812.50 | S/L | 5.00 |
| 3710 | TOOLING - MODIFY MOLD | 9/05/12 | 8,500.00 | 0.00 | 0.00 | 2,691.67 | 1,700.00 | 4,391.67 | 4,108.33 | S/L | 5.00 |
| 3711 | COMPUTER | 11/19/12 | 2,442.79 | 0.00 | 0.00 | 651.41 | 488.56 | 1,139.97 | 1,302.82 | S/L | 5.00 |
| 3712 | COMPUTER SOFTWARE | 10/29/12 | 1,405.93 | 0.00 | 0.00 | 702.96 | 468.64 | 1,171.60 | 234.33 | Amort | 3.00 |
| 13-1 | | 10/18/12 | 1,027.14 | 0.00 | 0.00 | 291.03 | 205.43 | 496.46 | 530.68 | S/L | 5.00 |
| 13-2 | | 6/18/13 | 1,800.00 | 0.00 | 0.00 | 270.00 | 360.00 | 630.00 | 1,170.00 | S/L | 5.00 |
| 13-T | Total | 7/24/13 | 4,200.00 | 0.00 | 0.00 | 560.00 | 840.00 | 1,400.00 | 2,800.00 | S/L | 5.00 |
| | | 11/05/13 | 500.00 | 0.00 | 0.00 | 41.67 | 100.00 | 141.67 | 358.33 | S/L | 5.00 |

**RELIABLE RACING EQUIPMENT** | 764,534.34 | 0.00c | 0.00 | 738,897.13 | 8,560.28 | 747,457.41 | 17,076.93 |

**Group: VEHICLES** | 4601.01

| 3692 | 2006 CHEVY VAN | 11/14/11 | 13,872.07 | 0.00 | 0.00 | 6,704.83 | 2,774.41 | 9,479.24 | 4,392.83 | S/L | 5.00 |

66525  Reliable Racing

**Book Asset Detail    4/01/14 - 3/31/15**

06/03/2015  3:20 PM
Page 10

FYE: 3/31/2015

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:** | | **VEHICLES (continued)** | | | | | | | | | | |
| | | VEHICLES | | 13,872.07 | 0.00c | 0.00 | 6,704.83 | 2,774.41 | 9,479.24 | 4,392.83 | | |
| | | 4601.01 | | | | | | | | | | |
| | | Grand Total | | 1,611,256.97 | 0.00c | 0.00 | 1,368,619.91 | 32,610.16 | 1,401,230.07 | 210,026.90 | | |



AJE 109 - To adjust depreciation expense

# SCHEDULE A/B

# PART 0

# LIST OF DOMAIN NAMES

back-yard-golf.com
backyardgolfstuff.com
bibsandbanners.com
fairwayfeel.com
horseeventsupply.com
insideedge.bike
insideedge.biz
insideedge.me
insideedge.ski
insideedgeskiandbike.com
insideedgeskiandbike.mobi
jofahelmets.com
mybackyardgolf.com
portaflexfencing.com
reliablebackyardgolf.com
reliablefreeride.com
reliablegolf.com
reliablegolf.mobi
reliablegolfdirect.com
reliableparkandpipe.com
reliableracing.co
reliableracing.com
reliableracing.info
reliableracing.mobi
reliableracing.net
reliableracing.org
reliableracing.ski
reliablerecreation.com
reliablesoccer.com
reliabletiming.com
skihillsupply.com
skiracedude.com
slalompoles.com
tagheuertimingusa.com
wintersportscatalog.com

# SCHEDULE A/B

## PART 10

## PATENTS AND OTHER INTELLECTUAL PROPERTY

## Patents & Trademarks

Japanese

Canadian

Mow-Over

Delineator Pole

Event Fence Trademark

Tee Sentry-Canadian Trademark

Fairway Feel

US TM Application for "Reliable Logo"

Porta-Flex

Gate Panel Attachment Assembly

Rapidgate

Japanese - Reliable Renewal

Japanese - Break Away Renewal

Trademark  Application Fees -Patent application Slalom pole with Hexagonal shape and brush bristles

Canada Trademark  for "FEATHERBASE"

European Trademark for "Break-A-Way"

Canada Trademark for "Break-A-Way"

European Trademark for "FEATHERBASE"

Japanese TM Reg renewal for "reliable racing"

Japanese trademark registration renewal for "Katakawa Break-away"

US patent application renewal for "Tee-Sentry"

US patent application renewal for "Mow-over"

Japanese trademark registration renewal for "Break-away"

US Trademark registration renewal "Reliable Logo"

US Trademark "FEATHERBASE"

US Trademark registration renewal "Event Fence"

US Trademark registration renewal " Fairway Feel"

US Trademark registration renewal "Break-A-Way"

US Trademark registration renewal " Porta-Flex"

US Trademark registration renewal "Break-A-Way"

US Trademark registration renewal "Reliable Racing"

Canadian Trademark registration renewal "Reliable Racing"

US Trademark "Pole Anchor & Ski Pole Base"

Rapidgate

Registration Fee "FEATHERBASE"


ADJUSTMENTS:


TOTALS


PENDING PATENTS:

|  |  |
|---|---|
| 3/20/1999 | US TM Application for "Reliable" |
| 3/20/1999 | US TM Application for "Smart Display" |
| 9/8/1999 | Mow-Over |
| 4/5/2000 | Tee Sentry |

|   |   |   |
|---|---|---|
|   | 4/5/2000 | Event Fence |
|   | 4/5/2000 | Fairway Feel |
|   | 8/8/2000 | Gate Panel |
| * | 3/11/2001 | Easy Fence |
|   | 5/31/2001 | Hologrip |
|   |   | Katakawa Break-A-Way |
|   | 10/27/2003 | Rapidgate |
| * | 12/4/2003 | Luanch Pad |
|   | 5/14/2004 | Gate Panel |
|   | 6/15/2005 | Event Fence |
|   | 6/15/2005 | Rapidgate |
|   | 6/15/2005 | Imp. Gate Panel |
|   | 6/15/2005 | Fairway Feel |
|   | 6/15/2005 | Rapidgate |
|   | 6/15/2005 | Imp. Gate Panel |
|   | 7/27/2005 | gate panel assembly |
|   | 8/31/2005 | Canada Receiver General |
|   | 10/28/2005 | EPS Doublet |
|   | 10/28/2005 | Rapidgate |
|   | 12/12/2005 | gate panel assembly |
|   | 3/2/2006 | reliable logo |
|   | 3/2/2006 | porta flex |
|   | 5/14/2009 | Slalom pole with Hexagonal shape and brush bristles |
|   | 4/15/2010 | US trademark application for "SNOWTRAX" |
|   | 3/31/2010 | Canada Trademark application for "FEATHERBASE" |
|   | 12/28/2009 | European Trademark application for "Break-A-Way" |
|   | 12/28/2009 | Canada Trademark application for "Break-A-Way" |
|   | 10/27/2009 | Canada Trademark application for "FEATHERBASE" |
|   | 5/19/2009 | Patent application Slalom pole with Hexagonal shape and brush bristles |
|   | 8/27/2010 | Canada Trademark application for "FEATHERBASE" |
|   | 8/27/2010 | European Trademark application for "FEATHERBASE" |
|   | 8/27/2010 | European Trademark application for "Break-A-Way" |
|   | 8/31/2010 | Canada Trademark application for "Break-A-Way" |
|   | 6/24/2011 | US trademark application for "SNOWTRAX" |
|   | 10/10/2011 | US trademark application for "SNOWTRAX" |
|   | 6/24/2011 | US patent application for "Pole Anchor & Ski Pole Base" |
|   | 7/20/2011 | US patent application for "Pole Anchor & Ski Pole Base" |
|   | 8/16/2011 | US patent application for "Pole Anchor & Ski Pole Base" |
|   | 12/31/2011 | US patent application for "Pole Anchor & Ski Pole Base" |
|   | 6/24/2011 | Rapidgate |
|   | 6/18/2012 | Canada Trademark application for "Break-A-Way" |
|   | 6/30/2012 | US patent application for "Pole Anchor & Ski Pole Base" |

| Fill in this information to identify the case: |
| --- |
| Debtor name    Reliable Racing Supply, Inc. |
| United States Bankruptcy Court for the:   Northern    District of   NY |
| (State) |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
     TD Bank

Creditor's mailing address
One Portland Square - P.O. Box 9540
Portland, ME 04112-9540

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
     See Below

Describe debtor's property that is subject to a lien
   Personal Property

Describe the lien   Blanket Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ 1,242,116.16    $ Unknown

**2.2** Creditor's name
Warren County Local Development
        Corporation

Creditor's mailing address
1340 State Route 9
Lake George, NY 12845

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
     ☒ Yes. The relative priority of creditors is specified on lines 2.2

Describe debtor's property that is subject to a lien
   Inventory

Describe the lien   1st Priority to $100,000.00

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ 100,000.00    $ Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 1,342,116.16

| Debtor | Reliable Racing Supply, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td></td><td></td><td><b>Column A</b><br>Amount of claim<br><br>Do not deduct the value<br>of collateral.</td><td><b>Column B</b><br>Value of collateral<br>that supports this<br>claim</td></tr>
</table>

**Part 1:    Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__**  Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.__**  Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Reliable Racing Supply, Inc. |
| United States Bankruptcy Court for the: | Northern    District of    NY  (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $  0.00 | | $  0.00 |

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $  0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $  0.00    Priority amount $  0.00

**2.2** Priority creditor's name and mailing address
NYS Dept. of Taxation & Finance
Bankruptcy Section, PO Box 5300
Albany, NY  12205

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $  0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$  0.00

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor ___Reliable Racing Supply, Inc._____    Case number (if known)_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

A. Duie Pyle, Inc.
PO Box 564
West Chester, PA  19381

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  159.41

Basis for the claim: ___Trade debt___

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Accell North America Inc. (Raleigh)
Box 392557
Pittsburgh, PA 15251-9557

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  16,638.95

Basis for the claim: ___Trade debt___

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Adager
Office12597, PO Box 3000
Sun Valley, ID 83353-3000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  2,165.00

Basis for the claim: ___Trade debt___

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Adirondack Sports & Fitness
15 Coventry Drive
Clifton Park, NY 12065-1747

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  720.00

Basis for the claim: ___Trade debt___

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Airblaster
262 NW Outlook Vista Dr.
Bend, OK 97701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  1,071.86

Basis for the claim: ___Trade debt___

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  Reliable Racing Supply, Inc._____  Case number (if known)_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___  Nonpriority creditor's name and mailing address

Alge Timing Gmbh & Co.

Rotkreuzstrasse 39, A-6890 Lustenau

Lustenau, FN 1008-Austr

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade debt

$  4,398.43

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

Alpina Sports Corporation

PO Box 842955
Boston, MA 02284-2955

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  7,495.09

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

American Sports Winter & Outdoor

PO Box 3141

Carol Stream, IL 60132-3141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  6,310.57

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

American Express

PO Box 360002

Ft Lauderdale, FL 33336-0002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  4,440.09

Date or dates debt was incurred      _____
Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  <u>Reliable Racing Supply, Inc.</u>                          Case number (if known) _____
    Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                              Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Artisans Screen Printing

PO Box 278, West 4146 2nd Street

Glen Flora, WI 54526

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

$ 61,024.51

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

ASCAP

21678 Network Place

Chicago, IL 60673-1216

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

$ 255.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

ASKCO Electric Supply Co.

PO Box 2176, 14 Cooper Street

Glens Falls, NY 12801

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

$ 405.24

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

B & A Manufacturing Co., Inc.

3665 East Industrial Way

Rivera Beach, FL 33404-3491

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

$ 9,970.93

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

BCI Group LLC

PO Box 7

Fort Edward, NY 12828

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

$ 832.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Beardsley Publishing

Ski Area Management, PO Box 644

Woodbury, CT 06798

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

$ 3,583.64

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor  Reliable Racing Supply, Inc.
    Name

Case number *(if known)*_____

---

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

3.___  **Nonpriority creditor's name and mailing address**

**Better Business Bureau**

Department 271, PO Box 8000
Buffalo, NY 14267-0271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Trade debt

$ 687.50

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**Bo-Tex Sales**

PO Box 550

Hogansville, GA 30230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

$ 9,565.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**Business Card - Bank of America**

PO Box 15796

Wilmington, DE 19886-5796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

$ 9,261.11

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**Cado Company**

1-B Princeton Road
Fitchburg, MA 01420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

$ 316.44

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

**Capital One Bank (USA), N.A.**

PO Box 71083
Charlotte, NC 28272-1083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

$ 7,349.31

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Reliable Racing Supply, Inc.
_____    Case number _(if known)_ _____
Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Capital One Bank (USA), NA

PO Box 70884
Charlotte, NC 28272-0884

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,318.89

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Carplugs

3012 Momentum Place
Chicago, IL 60689-5330

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 109.78

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Cavallero Plastics Inc.

1250 North Street
Pittsfield, MA 01201

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100,698.26

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
CC Wintersport LLC

PO Box 5584
Hanover, NH 03755

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,112.50

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
CDPHP

PO Box 5251
Binghamton, NY 13902-5251

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,580.95

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Chronicle

PO Box 153
Glens Falls, NY 12801

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,156.00

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor ___Reliable Racing Supply, Inc._____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

**Corey's All-Fab, LLC**

21 Zuk-Pierce Drive
Central Square, NY 13036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade debt

$ 8.61

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

**Cornerstone Telephone**

PO Box 509
Troy, NY 12181-0509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade debt

$ 1,216.00

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

**Crafted Plastics**

PO Box 327, 1822 Martin Ave.
Sheboygan, WI 53082-0327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade debt

$ 17,086.26

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

**Crystal Rock LLC**

PO Box 10028
Waterbury, CT 06725-0028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade debt

$ 518.68

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

**CTR Inc.**

PO Box 154, 1334 Indian Creek Valley Rd.
Melcroft, PA 15462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade debt

$ 1,230.00

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  Reliable Racing Supply, Inc.
     Name

Case number *(if known)*_____

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

    Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Cycling Sports Group (Sugoi)

6822 Paysphere Circle
Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 2,742.17

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Cyclone Bicycle Supply

217 Washington Ave., Avenue A
Carlstadt, NJ 07072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 581.62

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Dakine, Inc.

PO Box 743477
Los Angeles, CA 90074-3477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 3,267.12

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Design Function

639 County Line Rd.
Queensbury, NY 12804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 561.82

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Dragon Alliance LLC

971 Calle Amanecer
San Clemente, CA 92673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 1,435.63

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Dynamic Foot Positioning, LLC

PO Box 774942
Steamboat Springs, CO 80477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 622.78

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   Reliable Racing Supply, Inc.
         _____    Case number (if known)_____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

**Einstein Systems, Inc.**

2098 Vintage Woods Dr.

Alexander, AR 72002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 19,112.50

---

3.___ Nonpriority creditor's name and mailing address

**Electric City Printing Co.**

PO Box 1920

Anderson, SC 29622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 33,770.08

---

3.___ Nonpriority creditor's name and mailing address

**Electric Visual**

1001 Calle Amanecer

San Clemente, CA 92673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,050.50

---

3.___ Nonpriority creditor's name and mailing address

**Eric Armin Inc.**

PO Box 416366

Boston, MA 02241-6366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 342.00

---

3.___ Nonpriority creditor's name and mailing address

**Escalade Sports**

PO Box 78000, Dept. 78880

Detroit, MI 48278-0880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,538.12

---

Debtor    Reliable Racing Supply, Inc.
_____    Case number (if known) _____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Estes Express Lines

PO Box 25612

Richmond, VA 23260-5612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 155.42

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Eurosocks International

4575 South Coach Drive

Tucson, AZ 85714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 1,462.56

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Fedex

PO Box 371461

Pittsburgh, PA 15250-7461

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 2,859.18

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Fedex Freight

PO Box 223125

Pittsburgh, PA 15250-2125

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 1,648.87

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Felt Racing, LLC

PO Box 101679

Pasadena, CA 91189-1679

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 25.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Felton Brush Inc.

PO Box 710168

Cincinnati, OH 45271-0168

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Trade debt

$ 153,975.94

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

Debtor    Reliable Racing Supply, Inc.
_____
Name

Case number (if known)_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.__ | Nonpriority creditor's name and mailing address | |
|---|---|---|

**Fishman Stewart Yamaguchi PLLC**

PO Box 4597

Carol Stream, IL 60197-4597

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 3,162.29

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | |
|---|---|---|

**Flexstake, Inc.**

2150 Andrea Lane

Fort Myers, FL 33912

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 528.30

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | |
|---|---|---|

**FP Mailing Solutions**

PO Box 157

Bedford Park, IL 60499-0157

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 160.34

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | |
|---|---|---|

**GBG Spyder USA LLC**

Po Box 3555

Carol Stream, IL 60132-3555

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 60,815.73

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address | |
|---|---|---|

**Genplex, Inc.**

7 Industrial Park Drive, Suite 1

Skowhegan, ME 04976

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 21,054.02

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor _____
      Reliable Racing Supply, Inc.
      Name

Case number (if known) _____

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Glens Falls Business Machines

Po Box 509

Glens Falls, NY 12801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 65.87

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Glens Falls Refrig & Heating

475 Corinth Road

Queensbury, NY 12804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 305.99

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Grand View Media

PO Box 698

Birmingham, AL 35201-0698

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,100.00

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Grassworx, LLC

Accounts Receivable, PO Box 1412

Maryland Heights, MO 63043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 676.84

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Groove Tech Inc.

4270 Vt. Rt. 100

Waterbury, VT 05676

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 85.00

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Hestra Gloves LLC

600 Corporate Circle, Suite H

Golden, CO 80401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,756.43

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Reliable Racing Supply, Inc.
_____
Name

Case number (if known) _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___   Nonpriority creditor's name and mailing address

Jack Boyajian

130 Maplewood Drive

Scotia, NY 12302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade debt

$ 4,200.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   Nonpriority creditor's name and mailing address

James Ippolito & Co. (Chinook)

1069 Connecticut Ave. Suite 5-5c
Bridgeport, Ct 06607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 1,810.25

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   Nonpriority creditor's name and mailing address

Jenex, Inc.

PO Box 1219

Amherst, NH 03031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 400.65

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   Nonpriority creditor's name and mailing address

JP Morgan Chase(MAR,VOL,DALB)

Lockbox #915188 , 14800 Frye Rd-tx-1-0029

Fort Worth, TX 76155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 9218.69

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   Nonpriority creditor's name and mailing address

JR Mats, Inc.

1519 McDaniel Drive

West Chester, PA 19380

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 15,422.33

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor ___Reliable Racing Supply, Inc._____
    Name

Case number (if known)_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                           Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Kulkea
PO Box 335
Westwood, MA 02090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

$ 3,329.37

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Kyle Company, Inc.
22 Hudson Falls Rd
South Glens Falls, NY 12803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

$ 1,208.97

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
LCS & Z, LLP
33 Century Hill Drive
Latham, NY 12110-2113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

$ 19,197.50

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Leland Paper Company, Inc.
10 Leland Drive
Glens Falls, NY 12801-2148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

$ 5.35

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Mahony Notify-Plus, Inc.
PO Box 767
Glens Falls, NY 12801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

$ 560.15

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Marilyn Jacobs-Interest
8 North Road
Glens Falls, NY 12801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

$ 373,747.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   Reliable Racing Supply, Inc.
_____
Name

Case number (if known)_____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,716.59 |
|---|---|---|---|

**McMaster-Carr Supply Co.**

Po Box 7690

Chicago, IL 60680-7690

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Trade debt

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,214.00 |
|---|---|---|---|

**Michael Best & Friedrich LLP**

601 Pennsylvania Ave. NW, Ste. 700 South

Washington, DC 20004

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade debt

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 114.75 |
|---|---|---|---|

**Michigan Rubber Products, Inc.**

PO Box 74342

Cleveland, OH  44194

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade debt

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 82.00 |
|---|---|---|---|

**NCO Financial Systems, Inc.**

Attn: Credit Reporting 24888 Network Place

Chicago, IL 60673-1248

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade debt

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 747.82 |
|---|---|---|---|

**NE PA Business Assoc. Inc.**

East Mountain Corporate Center

613 Baltimore Dr. Suite 3

Wilkes-Barre, PA 18702-7979

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Trade debt

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | Relieable Racing Supply, Inc. | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1** Nonpriority creditor's name and mailing address

Nettexx

16 Pelham Davis Circle

Greenville, SC 29615

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 2,343.71

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

North Country Janitorial, Inc.

188 Dix Avenue

Glens Falls, NY 12801

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 37.31

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

North Country Property MGT

207 Maple Street

Glens Falls, NY 12801

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 1,430.64

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Omni Promotional LLC

1558 Cherry Street

Louisville, CO 80027

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 1,109.76

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Pallets Incorporated

PO Box 326

Fort Edward, NY 12828

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 1,754.02

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Panasonic Corp. of N.A.

PO Box 13887

Newark, NJ 07188-0887

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$ 559.82

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Reliable Racing Supply, Inc.                          Case number *(if known)*_____
          _____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address

Post Star ( Acct# 158-00000599)

C/O Lee Newspapers

PO Box 742548

Cincinnati, OH 45274-2548

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
    disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,013.60

---

3.___ Nonpriority creditor's name and mailing address

Proshred Security

dba Redishred Acquisition Inc.

6067 Corporate Dr., Ste 2

East Syracuse, NY 13057

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 438.70

---

3.___ Nonpriority creditor's name and mailing address

Republic Services # 964

PO Box 9001099

Louisville, KY 40290-1099

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 719.46

---

3.___ Nonpriority creditor's name and mailing address

Richard Hill

33 Michael Rd

Moreau, NY 12828

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 96.30

---

3.___ Nonpriority creditor's name and mailing address

Robelle Solutions Tech. Inc.

7360 137th Street, Suite 372

Surrey, BC V3W 1A3

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

$ 840.00

---

Debtor ___Reliable Racing Supply, Inc.___   Case number (if known) _____
         Name

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Rodale Press
PO Box 6098
Emmaus, PA 18098-0698

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

$ 32.31

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Safety-Kleen Corp
PO Box 382066
Pittsburgh, PA 1250-8066

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

$ 251.87

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Scarpa North America
3550 Frontier Ave., Unit E
Boulder, CO 80301

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

$ 477.26

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Scott USA Inc.
PO Box 26004
Salt Lake City, UT 84126-0004

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

$ 402.79

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Securi Sport
2055 Ave Branly
Quebec, PQ G1N4C7

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

$ 506.40

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Security Mutual Life Insurance Co. of NY
PO Box 1625
Binghamton, NY 13902

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

$ 386.81

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor     Reliable Racing Supply, Inc.
_____
            Name

Case number *(if known)*_____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___   **Nonpriority creditor's name and mailing address**

Seirus Innovation

PO Box 98813

Las Vegas, NV 89193-8813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade debt

$ 1,039.00

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   **Nonpriority creditor's name and mailing address**

Sendtek , Inc.

105 Lakehill Rd., Suite 18

Burnt Hills , NY 12027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 344.01

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   **Nonpriority creditor's name and mailing address**

Ski Areas of New York, Inc.

PO Box 375

Jamesville, NY 13078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 250.00

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   **Nonpriority creditor's name and mailing address**

Smith Sport Optics, Inc.

PO Box 4300-Mail Stop 79

Portland, OR 97208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 734.64

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___   **Nonpriority creditor's name and mailing address**

Sole Technology Inc.

PO Box 511293

Los Angeles, CA 90051-7848

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$ 7,982.28

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor ___Reliable Racing Supply, Inc._____
Name

Case number _(if known)_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address

Sprint

PO Box 4181

Carol Stream, IL 60197-4181

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Amount of claim
$  58.68

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

SS Pritikin & Associates

1264 Appaloosa Way

Bartlett, IL 60103-1872

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  2,475.09

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Stanek Netting Co. Inc.

111 Orange Street

Bloomfield, NJ 07003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  1,841.60

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Staples Advantage

Dept Roc, PO Box 415256

Boston, MA 02241-5256

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  928.52

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Sun Valley Ski Tools

2033 Century Way

Boise, ID 83709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  1,333.40

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Superior Vision Services

11101 White Rock Road

Rancho Cordova, CA 95670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

$  246.32

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Reliable Racing Supply, Inc.
_____
Name

Case number *(if known)*_____

| **Part 2:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**
Swix Sport USA, Inc.

60 Newark Street

Haverhill, MA 01832

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 20, 253.26

---

3.___ **Nonpriority creditor's name and mailing address**
SYNC

Attn: SRD USA LLC, PO Box 933

Edwards, CO 81632

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,025.27

---

3.___ **Nonpriority creditor's name and mailing address**
Tag-Heuer SA

Louis-Joseph Chevrolet 6A, 2300

La Chaux-De-Fonds, FN 1179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,348.70

---

3.___ **Nonpriority creditor's name and mailing address**
Tecnica USA

PO Box 4672

Boston, MA 02212-4672

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 151.75

---

3.___ **Nonpriority creditor's name and mailing address**
The Cit Group/ Comm Services

(Outdoor Gear Inc) PO Box 1036

Charlotte, NC 28201-1036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,309.68

---

Debtor    Reliable Racing Supply, Inc.
_____
          Name

Case number (if known)_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

The Royal Shaft, LLC

PO Box 2300

Littleton, CO 80161

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 636.17

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Thompson & Johnson Equip. Co.

6926 Fly Road

East Syracuse, NY 13057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 667.68

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Tianjin Yuejia Sports Products

Xiqing District, 28 Yingjie Road

Tianjin China, FN 1039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,197.79

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Trans-Border Global Frt

2103 Route 9

Round Lake, NY 12151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,214.00

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Twentytwo Designs

971 North Hwy 33

Driggs, ID 83422

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,673.00

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Twitchell ( Halti USA)

114 Polarity Way Suite 201

Lake Placid, NY 12946

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,349.43

Basis for the claim:  Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor __Reliable Racing Supply, Inc._____  Case number _(if known)_____
          Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 794.85 |

**Uline**

PO Box 88741
Chicago, IL 60680-1741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address    $ 1,640.57

**Unicorr Packaging Group**

4282 Paysphere Circle

Chicago, IL 60674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address    $ 956.41

**Unifirst Corporation**

157 Troy Schenectady Rd

Watervliet, NY 12189

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address    $ 1,806.21

**UPS Freight**

28013 Network Place

Chicago, IL 60673-1280

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address    $ 4,715.90

**Uvex Sports, Inc.**

45 Marian Avenue

Narragansett, RI 02882

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Reliable Racing Supply, Inc.
_____
Name

Case number (if known)_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| Vemo Sports, LLC | $ 7,999.61 |
| PO Box 1108, 24 Sugar House Rd | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Quechee, VT 97103 | |
| | Basis for the claim: Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes |

| | |
|---|---|
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| Ver Sales, Inc. | $ 148.64 |
| 2509 B. Naomi Street | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Burbank, CA 91504 | |
| | Basis for the claim: Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes |

| | |
|---|---|
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| VOLA | $ 20,412.47 |
| 37 Av De Saint Martin | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| BP 52, 74190 Passyfn 1063 | |
| | Basis for the claim: Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes |

| | |
|---|---|
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| WB Mason Company, Inc. | $ 2,583.36 |
| PO Box 981101 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Boston, MA 02298-1101 | |
| | Basis for the claim: Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes |

| | |
|---|---|
| **3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| WEQX | $ 2,670.93 |
| PO BOx 102.7, Elm Street | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Manchester, VT 05254 | |
| | Basis for the claim: Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes |

| | |
|---|---|
| **3.6** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| Wintersteiger, Inc. ( Use # 1339) | $ 2,543.31 |
| Hotronic, 4705 Amelia Earhart Dr. | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Salt Lake City, UT 84116-2876 | |
| | Basis for the claim: Trade debt |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes |

Debtor    Reliable Racing Supply, Inc.
Name

Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___    **Nonpriority creditor's name and mailing address**

Wright Signs, Inc.

145 West 14th Street

Ogden, UT 84404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

$ 5,132.17

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___    **Nonpriority creditor's name and mailing address**

YRC

PO Box 13573

Newark, NJ 07188-3573

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

$ 448.24

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___    **Nonpriority creditor's name and mailing address**

Ultra-Tech Lighting

41 King Place

Closter, NJ 07624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

$ 17,965.72

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___    **Nonpriority creditor's name and mailing address**

XPO Logistics Less-Than-Truck

PO Box 5160

Portland, OR 97208-5160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

$ 220.93

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___    **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____
          Name

Case number (if known)_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.2. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.3. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.4. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

41.  _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.5. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.6. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.7. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.8. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.9. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.10. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

4.11. _____    Line _____
    _____    ❑ Not listed. Explain _____    __ __ __ __
    _____    _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Reliable Racing Supply, Inc. |
| United States Bankruptcy Court for the: | Northern    District of  NY |
| | (State) |
| Case number (If known): | Chapter  11 |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.  List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Property Lease | T&M Jacobs Properties, LLC |
|---|---|---|---|
| | | | 8 North Road |
| | State the term remaining | | Glens Falls, NY 12801 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement with | 53 Northwood Lane |
|---|---|---|---|
| | | MBW Technologies, LLC | New London, NH  03257 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement - Royalties | Peter Rietz, Esq. |
|---|---|---|---|
| | | | Rietz Law Firm LLC |
| | State the term remaining | | 114 Village Place - Suite 301 |
| | List the contract number of any government contract | | P.O. Box 5268 |
| | | | Dillon, Colorado 80435 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Reliable Racing Supply, Inc.**                                   Case number *(if known)* _____
_____
Name

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Todd Ritchsdorff, Esq., Phillips. Lytle LLP<br>Omni Plaza, 30 South Pearl Street, Albany, NY 12207 | Line 2. _1_ | __ __ __ __ |
| McPhillips, Fitzgerald & Cullum, L.L. P.<br>288 Glen Street, P.O. Box 299, Glens Falls, NY 12801 | Line 2. _2_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor _____    Case number (if known)_____
                Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired lease

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

**Fill in this information to identify the case:**

Debtor name  Reliable Racing Supply, Inc.

United States Bankruptcy Court for the:  Northern          District of  NY
                                                                                (State)

Case number (if known):  _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** John Jacobs | 44 Horicon Avenue<br>Street<br>Glens Falls, NY 12801<br>City          State          ZIP Code | _____ | ☒ D<br>☐ E/F<br>☐ G |
| **2.2** _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.5** _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.6** _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____Reliable Racing Supply, Inc._____     Case number (if known)_____
           Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

2.__  _____   
Street _____   
_____   
City        State        ZIP Code   
_____  ❑ D  ❑ E/F  ❑ G

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Reliable Racing Supply, Inc.

United States Bankruptcy Court for the:    Northern      District of   NY
                                                   (State)

Case number (If known):    _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Income</strong></td></tr>
</table>

**1. Gross revenue from business**

☐ None

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and<br>exclusions) |
|---|---|---|---|
| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | |
| **From the beginning of the fiscal year to filing date:** | From 4/1/15 to 3/31/16<br>MM/DD/YYYY   Filing date | ☒ Operating a business<br>☐ Other _____ | $3,340,862.00 |
| **For prior year:** | From 4/1/14 to 3/31/15<br>MM/DD/YYYY    MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $3,762,745.00 |
| **For the year before that:** | From 4/1/13 to 3/31/14<br>MM/DD/YYYY    MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $4,111,454.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each<br>source<br>(before deductions and<br>exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | | $_____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | | $_____ |

Debtor   __Reliable Racing Supply, Inc._____      Case number (if known)_____
            Name

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

|       | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|-------|------------------------------|-------|-----------------------|---------------------------------------------------------|
| 3.1.  | See Attached<br>Creditor's name<br><br>Street<br><br>City        State        ZIP Code | _____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| 3.2.  | Creditor's name<br><br>Street<br><br>City        State        ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

|       | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|-------|-----------------------------|-------|-----------------------|----------------------------------|
| 4.1.  | See Attached<br>Insider's name<br><br>Street<br><br>City        State        ZIP Code<br><br>**Relationship to debtor** | _____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2.  | Insider's name<br><br>Street<br><br>City        State        ZIP Code<br><br>**Relationship to debtor** | | $_____ | _____<br><br>_____<br><br>_____ |

Debtor    Reliable Racing Supply, Inc.
_____    Case number (if known)_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | _____ | _____ | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | _____ | _____ | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | TD Bank | Bank set off account | 10/15 & 4/16 | $ 90,000 |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | Last 4 digits of account number: XXXX– 4  8  0  8 | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____ | _____ | _____ | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | _____ | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | _____ | _____ | _____ | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | _____ | | Street | |
| | | | City          State          ZIP Code | |

Debtor    Reliable Racing Supply, Inc.    Case number (if known)_____
          Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| _____ | Case title | Court name and address |
| Street | | |
| _____ | _____ | _____ |
| City    State    ZIP Code | Case number | Name |
| | | _____ |
| | _____ | Street |
| | Date of order or assignment | _____ |
| | _____ | City    State    ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

## Part 5:    Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets — Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Loss of Bamboo - USDA order to destroy stock | None | 11/14 | $ 150,000 |

Debtor   Reliable Racing Supply, Inc.                              Case number (if known)_____
         _____
         Name

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lemery Greisler LLC | | 3/31/16 | $ 2,500.00 |
| | | | 4/4/16 | $20,500.00 |
| | **Address** | | | |
| | 50 Beaver Street | | | |
| | Street | | | |
| | 2nd Floor | | | |
| | Albany          NY      12207 | | | |
| | City          State    ZIP Code | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor - $2,500.00 | | | |
| | Marilyn Jacobs - $20,500.00 | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | _____ | | |

---

Debtor    <u>Reliable Racing Supply, Inc.</u>                    Case number (if known)_____
             Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | | $_____ |
| | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

Debtor    **Reliable Racing Supply, Inc.**    Case number *(if known)*_____
                Name

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____ <br> Facility name <br><br> _____ <br> Street | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* |
| _____ <br> City    State    ZIP Code | _____ | ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____ <br> Facility name <br><br> _____ <br> Street | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* |
| _____ <br> City    State    ZIP Code | _____ | ☐ Electronically <br> ☐ Paper |

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

Name of plan        Employer identification number of the plan

**Reliable Racing Supply, Inc. Profit Sharing (401k) Plan**    EIN: _1_ _4_ – _1_ _4_ _9_ _2_ _4_ _6_ _2_

Has the plan been terminated?

☒ No

☐ Yes

---

Debtor    __Reliable Racing Supply, Inc._____    Case number (if known)_____
          Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ Address _____ _____ | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ Address _____ _____ | _____ _____ | ☐ No ☐ Yes |

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 8

Debtor    Reliable Racing Supply, Inc.                                    Case number (if known)_____
         Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Ultratech Lighting LLC<br>Name | 643 Upper Glen Street | Lighting Fixtures and | $ 130,000.00 |
| 41 King Place<br>Street | Glens Falls, NY | components | |
| Closter, NJ  07624<br>City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

Debtor      Reliable Racing Supply, Inc.                                    Case number (if known)_____
           Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| City        State        ZIP Code | | From _____   To _____ |
| **25.2.** | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| City        State        ZIP Code | | From _____   To _____ |
| **25.3.** | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| City        State        ZIP Code | | From _____   To _____ |

Debtor  Reliable Racing Supply, Inc.
Name

Case number (if known)

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

**Dates of service**

26a.1.  LCS&Z, L.L.P.
Name
33 Century Hill Dr.
Street

From _____  To _____

Latham                 NY          12110
City                  State       ZIP Code

**Name and address**

**Dates of service**

26a.2. _____
Name
_____
Street

From _____  To _____

_____
City                  State       ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**

**Dates of service**

26b.1. _____
Name
_____
Street

From _____  To _____

_____
City                  State       ZIP Code

**Name and address**

**Dates of service**

26b.2. _____
Name
_____
Street

From _____  To _____

_____
City                  State       ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.1. _____
Name
_____
Street

_____
_____

_____
City                  State       ZIP Code

Debtor    Reliable Racing Supply, Inc.                              Case number *(if known)*_____
          *Name*

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                State        ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

| 26d.1. | TD Bank |
|---|---|
| | One Portland Square - P.O. Box 9540 |
| | Street |
| | Portland            ME        04112 |
| | City                State        ZIP Code |

Name and address

| 26d.2. | Warren County Local Development Corporation |
|---|---|
| | Name |
| | 1340 State Route 9 |
| | Street |
| | Lake George          NY        12845Kath |
| | City                State        ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Kathleen Spear | 3/16 | $ at cost |

Name and address of the person who has possession of inventory records

| 27.1. | Debtor |
|---|---|
| | Name |
| | _____ |
| | Street |
| | _____ |
| | City                State        ZIP Code |

Debtor    Reliable Racing Supply, Inc.                                    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name
      _____
      Street
      _____
      City                        State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Jacobs | 44 Horicon Avenue | President | 100% |
|  | Glens Falls, NY 12801 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See Attached | _____ | _____ | _____ |
| Name |  |  |  |
| _____ |  | _____ |  |
| Street |  |  |  |
| _____ |  | _____ |  |
| City         State      ZIP Code |  |  |  |
| Relationship to debtor |  | _____ |  |

Debtor    **Reliable Racing Supply, Inc.**                                 Case number *(if known)*_____
          <sub>Name</sub>

---

|  | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | | | |
| | Name | | | |
| | Street | | | |
| | City                State          ZIP Code | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Name of the parent corporation                        Employer Identification number of the parent corporation

_____              EIN: __ __ – __ __ __ __ __ __ __

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☐ Yes. Identify below.

Name of the pension fund                               Employer Identification number of the pension fund

_____              EIN: __ __ – __ __ __ __ __ __ __

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 – 07 – 2016
             MM / DD / YYYY

**✗** _____          Printed name    John Jacobs
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☐ Yes

---

# STATEMENT OF FINANCIAL AFFAIRS

# QUESTION 3

TD Bank

Manual Checkbook

| Date | Check # | Name | Amount | | Date | Check # | Name | Amount | | | Date | Check # | Name | Amount |
|------|---------|------|--------|---|------|---------|------|--------|---|---|------|---------|------|--------|
| 01/05/16 | 33005 | Artisans | 11,666.16 | | 02/12/16 | 33044 | Impressive Imprints | 353.90 | | | 03/18/16 | 33083 | CC Wintersport | 3,293.49 |
| 01/05/16 | 33006 | GF Ref. & Heating | 1,949.06 | | 02/18/16 | 33045 | New England Motor Frt | 887.98 | | | 03/18/16 | 33084 | GF Nat'l Bank - 401K | 966.94 |
| 01/05/16 | 33007 | New England Motor Frt | 817.65 | | 02/18/16 | 33046 | Rockford Silk Screen | 988.07 | | | 03/18/16 | 33085 | Cornerstone Telephone | 1,149.63 |
| 01/05/16 | 33008 | Standard Supply Elec. | 98.40 | | 02/19/16 | 33047 | Ver Sales | 2,392.52 | | | 03/22/16 | 33086 | RJS Services | void |
| 01/05/16 | 33009 | Pyramid Sports Timing | 4,500.00 | | 02/19/16 | 33048 | Consumer Pak | 1,170.00 | | | 03/22/16 | 33087 | Roger Scarincio | 135.00 |
| 01/07/16 | 33010 | YRC Frt | 569.27 | | 02/19/16 | 33049 | GF Nat'l Bank - 401K | 993.27 | | | 03/22/16 | 33088 | Action Bicycle | 60.76 |
| 01/07/16 | 33011 | Wright Signs | 4,566.40 | | 02/19/16 | 33050 | NE PA Business Assoc | 2,464.04 | | | 03/23/16 | 33089 | WCLDC | 430.56 |
| 01/07/16 | 33012 | Clipper Magazine | 403.00 | | 02/22/16 | 33051 | Artisans | 10,000.00 | | | 03/25/16 | 33090 | GF Nat'l Bank - 401K | 801.02 |
| 01/07/16 | 33013 | GF Nat'l Bank - 401K | 962.85 | | 02/19/16 | 33052 | Erin Rope | 1,189.65 | | | 03/28/16 | 33091 | TNT USA Inc | 38.23 |
| 01/07/16 | 33014 | GF Nat'l Bank - admin fees | 1,280.47 | | 02/23/16 | 33053 | Louis Garneau | 45.00 | | | | | | |
| 01/08/16 | 33015 | Friends of Snow Ridge | 100.00 | | 02/24/16 | 33054 | USSA | 750.00 | | | | | | |
| 01/12/16 | 33016 | Master of the Links | 1,552.70 | | 02/24/16 | 33055 | Artisans | 10,000.00 | | | | | | |
| 01/12/16 | 33017 | CTR Inc | 2,586.00 | | 02/25/16 | 33056 | UPS | 60.83 | | | | | | |
| 01/13/16 | 33018 | UPS | 162.32 | | 02/26/16 | 33057 | GF Nat'l Bank - 401K | 972.90 | | | | | | |
| 01/29/16 | 33019 | Tecnica-post-dated ck | 516.13 | | 02/26/16 | 33058 | CC Wintersport | 1,000.00 | | | | | | |
| 01/15/16 | 33020 | Artisans | 9,524.00 | | 02/26/16 | 33059 | SS Pritikin & Assoc. | 1,278.74 | | | | | | |
| 01/15/16 | 33021 | Electric City | 2,422.10 | | 02/26/16 | 33060 | Nettexx | 1,456.76 | | | | | | |
| 01/15/16 | 33022 | Kyle Co. | 1,081.29 | | 03/01/16 | 33061 | Omni Promotional | 2,015.78 | | | | | | |
| 01/15/16 | 33023 | Cornerstone Telephone | 1,171.03 | | 03/01/16 | 33062 | Staples Adv. | 1,722.40 | | | | | | |
| 01/15/16 | 33024 | CW-X - Wacoal | 1,636.25 | | 03/02/16 | 33063 | Stanek Netting | 2,500.00 | | | | | | |
| 01/15/16 | 33025 | Loomis & LaPann | 1,158.00 | | 03/03/16 | 33064 | UPS | 29.84 | | | | | | |
| 01/15/16 | 33026 | GF Nat'l Bank - 401K | 1,142.72 | | 03/04/16 | 33065 | Veemo | void | | | | | | |
| 01/21/16 | 33027 | The Post Star | 833.00 | | 03/03/16 | 33066 | Vemo Sports | 5,629.10 | | | | | | |
| 01/22/16 | 33028 | GF Nat'l Bank - 401K | 982.79 | | 03/04/16 | 33067 | UPS Brokerage | 61.30 | | | | | | |
| 01/22/16 | 33029 | Joe Obermiller | 100.00 | | 03/04/16 | 33068 | GF Nat'l Bank - 401K | 970.06 | | | | | | |
| 01/29/16 | 33030 | GF Nat'l Bank - 401K | 993.70 | | 03/04/16 | 33069 | Artisans | 8,210.21 | | | | | | |
| 01/29/16 | 33031 | Bob Fisher - travel exp | 591.23 | | 03/04/16 | 33070 | The Printer Repair Guy | 497.55 | | | | | | |
| 01/29/16 | 33032 | Ad. Broadcasting | 896.00 | | 03/07/16 | 33071 | Roger Scarincio | 454.75 | | | | | | |
| 02/02/16 | 33033 | Artisans | 20,000.00 | | 03/07/16 | 33072 | Shop Tek, Inc | 241.20 | | | | | | |
| 02/05/16 | 33034 | Serfas | 408.04 | | 03/08/16 | 33073 | Electric City | 10,388.74 | | | | | | |
| 02/09/16 | 33035 | Artisans | 15,000.00 | | 03/08/16 | 33074 | Eric Armin Inc | 798.00 | | | | | | |
| 02/09/16 | 33036 | Wright Signs | 2,951.08 | | 03/08/16 | 33075 | Ver Sales | 9,932.77 | | | | | | |
| 02/09/16 | 33037 | Ridan Composites | 5,461.32 | | 03/01/16 | 33076 | Post Star | 2,240.90 | | | | | | |
| 02/10/16 | 33038 | Holbrook Mfg | void | | 03/11/16 | 33077 | Resinet Products | void | | | | | | |
| 02/09/16 | 33039 | Uline | void | | 03/11/16 | 33078 | Resinet Products | 1,288.14 | | | | | | |
| 02/11/16 | 33040 | GF Nat'l Bank - 401K | 1,970.85 | | 03/11/16 | 33079 | GF Nat'l Bank - 401K | 1,131.21 | | | | | | |
| 02/11/16 | 33041 | WCLDC | 416.67 | | 03/16/16 | 33080 | LG Arts Project | 300.00 | | | | | | |
| 02/12/16 | 33042 | Transpack | 836.36 | | 03/16/16 | 33081 | New England Motor Frt | 156.75 | | | | | | |
| 02/12/16 | 33043 | Hestra Gloves | 500.00 | | 03/17/16 | 33082 | Nettexx | 1,844.49 | | | | | | |

| Date | Check # | Computer Generated Name | Amount |
|------|---------|-------------------------|--------|
| 01/19/16 | 65426 | Askco Electric Supply | 107.42 |
| 01/19/16 | 65427 | Beardsley Publishing | 459.00 |
| 01/19/16 | 65428 | Chronicle | 546.23 |
| 01/19/16 | 65429 | Con-Way Transportation | 468.96 |
| 01/19/16 | 65430 | DJ Fabricators | 1,540.73 |
| 01/19/16 | 65431 | GF Business Machines | 46.20 |
| 01/19/16 | 65432 | Grand View Media | 550.00 |
| 01/19/16 | 65433 | Groove Tech | 75.00 |
| 01/19/16 | 65434 | Mahoney Notify-Plus | 868.84 |
| 01/19/16 | 65435 | NE PA Business Assoc | 1,232.02 |
| 01/19/16 | 65436 | New England Motor Frt | 336.48 |
| 01/19/16 | 65437 | No. Country Janitorial | 92.08 |
| 01/19/16 | 65438 | Ridan Composites | 4,115.00 |
| 01/19/16 | 65439 | Security Mutual | 386.81 |
| 01/19/16 | 65440 | Ski Areas of NY | 1,164.40 |
| 01/19/16 | 65441 | SS Pritikin & Assoc | 228.60 |
| 01/19/16 | 65442 | Staples Advantage | 127.90 |
| 01/19/16 | 65443 | Thompson & Johnson | 333.84 |
| 01/19/16 | 65444 | Unifirst Corp | 123.03 |
| 01/19/16 | 65445 | Vynckier Enclosure | 1,017.00 |
| 01/19/16 | 65446 | A. Duie Pyle | 356.89 |
| 01/19/16 | 65447 | Accell No. America | 4,043.28 |
| 01/19/16 | 65448 | Ad. Sports & Fitness | 134.39 |
| 01/19/16 | 65449 | All Line Inc | 1,160.79 |
| 01/19/16 | 65450 | Alpina Sports Corp | 500.00 |
| 01/19/16 | 65451 | Bayco Golf | 217.41 |
| 01/19/16 | 65452 | BCI Group LLC | 986.00 |
| 01/19/16 | 65453 | Bo-Tex Sales | 9,455.00 |
| 01/19/16 | 65454 | Cornerstone Telephone | 1,191.57 |
| 01/19/16 | 65455 | Dakine | 797.83 |
| 01/19/16 | 65456 | Estes Express Lines | 82.41 |
| 01/19/16 | 65457 | Eurosock Intnat'l | 211.20 |
| 01/19/16 | 65458 | Felton Brush | 8,212.45 |
| 01/19/16 | 65459 | Inovonics Wireless Corp | 330.00 |
| 01/19/16 | 65460 | Jack Boyajian | 700.00 |
| 01/19/16 | 65461 | LCS&Z, LLP | 1,683.75 |
| 01/19/16 | 65462 | Louis Garneau | 3,091.67 |
| 01/19/16 | 65463 | Marilyn Jacobs-rent | 10,000.00 |
| 01/19/16 | 65464 | Michigan Rubber Products | 612.00 |

| 01/19/16 | 65465 | Proshred Security | 369.15 |
|---|---|---|---|
| 01/19/16 | 65466 | Scott USA | 500.00 |
| 01/19/16 | 65467 | Serfas Inc | 1,652.73 |
| 01/19/16 | 65468 | Sprint | void |
| 01/19/16 | 65469 | Staples Advantage | 631.32 |
| 01/19/16 | 65470 | Sun Valley Ski Tools | 1,499.20 |
| 01/19/16 | 65471 | Superior Vision Services | 571.21 |
| 01/19/16 | 65472 | SYNC | 1,000.00 |
| 01/19/16 | 65473 | Twitchell (Halti USA) | 2,671.20 |
| 01/19/16 | 65474 | WB Mason Co. | 372.19 |
| 03/18/16 | 65475 | B & A Manufacturing | 1,677.48 |
| 03/18/16 | 65476 | Bruin Plastic | 5,596.26 |
| 03/18/16 | 65477 | CTR Inc | 1,185.25 |
| 03/18/16 | 65478 | Electric City | 2,666.60 |
| 03/18/16 | 65479 | JBC Safety | 598.00 |
| 03/18/16 | 65480 | Kyle Co | 660.48 |
| 03/18/16 | 65481 | Leland Paper | 321.11 |
| 03/18/16 | 65482 | Mahoney Notify-Plus | 412.75 |
| 03/18/16 | 65483 | Security Mutual | 773.62 |
| 03/18/16 | 65484 | Thompson & Johnson | 348.86 |
| 03/18/16 | 65485 | Unifirst Corp | 304.30 |
| 03/18/16 | 65486 | Western Maine | 930.00 |
| 03/18/16 | 65487 | XPO Logistics | 1,876.96 |
| 03/18/16 | 65488 | A. Duie Pyle | 1,533.30 |
| 03/18/16 | 65489 | All Line Inc | 1,359.74 |
| 03/18/16 | 65490 | Alpina Sports Corp | 500.00 |
| 03/18/16 | 65491 | Corey's All-Fab | 1,403.00 |
| 03/18/16 | 65492 | Cyclone Bicycle | void |
| 03/18/16 | 65493 | Estes Express Lines | 432.44 |
| 03/18/16 | 65494 | Glazpart | 312.00 |
| 03/18/16 | 65495 | GreatAm Financial | 91.21 |
| 03/18/16 | 65496 | Jack Boyajian | 350.00 |
| 03/18/16 | 65497 | No. Country Janitorial | 2,017.34 |
| 03/18/16 | 65498 | Old Dominion | 175.78 |
| 03/18/16 | 65499 | Pallets Inc | 1,281.50 |
| 03/18/16 | 65500 | Richard Hill | 288.90 |
| 03/18/16 | 65501 | Scott USA | 655.70 |
| 03/18/16 | 65502 | Sprint | void |
| 03/18/16 | 65503 | SYNC | 1,500.00 |
| 03/18/16 | 65504 | Yakima | 227.72 |
| 03/18/16 | 65505 | YRC | 1,031.31 |

| Date | | Name | Amount | Date | | Name | Amount |
|------|------|------|--------|------|------|------|--------|
| 01/05/16 | Online | CDPHP | 10,078.71 | january | montly | ups | 12,110.57 |
| 01/07/16 | Online | Capital One | 5,009.04 | | | payroll | 80,917.09 |
| 01/08/16 | ACH | Swix Sport | 1,749.00 | | | sales tax | 8,007.40 |
| 01/12/16 | Online | Fedex | 7,665.41 | | | workers comp | 1,797.94 |
| 01/13/16 | ACH | Genplex | 10,797.10 | | | valutec | 374.98 |
| 01/11/16 | ACH | UPS | 2,401.03 | | | postage | 400.00 |
| 01/15/16 | Online | American Express | 2,000.00 | | | bank fees | 137.00 |
| 01/22/16 | Online | Capital One | 4,000.00 | | | | |
| 01/22/16 | Online | Genworth Life of NY | 769.60 | | | | |
| 01/22/16 | ACH | Trans-Border Global Frt | 12,385.29 | february | monthly | ups | 12,626.07 |
| 01/29/16 | Online | Liberty Mutual Ins | 949.56 | | | payroll | 58,495.84 |
| 01/26/16 | ACH | Grassworx | 7,050.76 | | | sales tax | 6,611.46 |
| 01/13/16 | ACH | Grassworx | 1,318.58 | | | workers comp | 1,166.27 |
| 01/27/16 | Online | Sprint | 2,149.22 | | | valutec | 39.00 |
| 01/29/16 | Online | Bank of Am. Cr. Cards | 6,153.08 | | | postage | 200.00 |
| 01/21/16 | Wire | Tag Heuer | 15,371.23 | | | bank fees | 112.00 |
| 01/28/16 | Wire | A-Plast | 14,511.62 | | | shelter point | 288.85 |
| 01/29/16 | ACH | Swix Sport | 10,000.00 | | | | |
| 02/04/16 | Wire | Tag Heuer | 8,914.55 | | | | |
| 02/06/16 | Online | Fedex | 10,557.74 | March | monthly | ups | 5,622.34 |
| 01/26/16 | Online | National Grid | 2,381.69 | | | payroll | 69,779.06 |
| 02/10/16 | Online | Uline | 1,078.64 | | | sales tax | 4,569.59 |
| 02/11/16 | ACH | Trans-Border Global Frt | 11,739.64 | | | workers comp | 1,101.99 |
| 02/10/16 | ACH | Marilyn Jacobs | 2,500.00 | | | valutec | 39.00 |
| 02/10/16 | ACH | Swix Sport | 425.00 | | | postage | 200.00 |
| 02/11/16 | ACH | Felton | 3,318.35 | | | bank fees | 147.00 |
| 02/12/16 | Online | Capital One | 1,000.00 | | | shelter point | |
| 02/16/16 | Wire | SkiTrax Ltd | 346.69 | | | | |
| 02/16/16 | Wire | Alge | 3,711.99 | | | | |
| 02/16/16 | Online | CDPHP | 6,532.23 | | | | |
| 02/16/16 | Online | AFLAC | 1,141.24 | | | | |
| 02/16/16 | Online | American Express | 1,000.00 | | | | |
| 02/11/16 | ACH | Holbrook | 1,329.75 | | | | |
| 02/19/16 | Online | National Grid | 3,264.34 | | | | |
| 02/12/16 | ACH | Marker Ltd | 5,101.41 | | | | |
| 02/19/16 | EFT | Amer Sports | 16,114.29 | | | | |
| 02/23/16 | Online | Republic Services | 1,389.53 | | | | |
| 01/21/16 | Wire | Liski | 504.53 | | | | |
| 01/22/16 | Wire | Intercable | 7,606.88 | | | | |
| 02/29/16 | ACH | Genplex | 12,235.37 | | | | |
| 03/02/16 | ACH | Trans-Border Global Frt | 3,398.95 | | | | |

| 03/02/16 | ACH | Swix Sport | 10,000.50 | | | | |
| 02/26/16 | ACH | Marker Ltd | 1,700.47 | | | | |
| 02/22/16 | Online | Capital One | 1,000.00 | | | | |
| 02/26/16 | Online | GreatAm Fin. - Postage | 265.88 | | | | |
| 02/24/16 | EFT | Amer Sports | 5,371.43 | | | | |
| 03/02/16 | Online | Liberty Mutual Ins | 2,457.21 | | | | |
| 03/11/16 | ACH | Trans-Border Global Frt | 7,889.67 | | | | |
| 03/02/16 | Online | Bank of Am. Cr. Cards | 3,897.51 | | | | |
| 01/21/16 | ACH | Mount Tom Box Co. | 1,328.25 | | | | |
| 03/10/16 | ACH | Marker Ltd | 1,700.48 | | | | |
| 03/18/16 | Online | Home Depot | 17.06 | | | | |
| 03/14/16 | ACH | Swix Sport | 2,941.00 | | | | |
| 03/21/16 | Wire | A-Plast | 3,294.23 | | | | |
| 03/23/16 | Online | Crystal Rocl | 339.72 | | | | |
| 03/08/16 | ACH | Trans-Border Global Frt | 3,066.52 | | | | |
| 03/22/16 | Online | American Express | 1,000.00 | | | | |
| 03/18/16 | Online | UPS | 794.04 | | | | |
| 03/11/16 | Online | Capital One | 1,000.00 | | | | |
| 03/22/16 | Online | Capital One | 3,000.00 | | | | |
| 03/12/16 | EFT | Amer Sports | 5,371.43 | | | | |
| 03/12/16 | EFT | Amer Sports | 5,371.43 | | | | |
| 03/09/16 | ACH | Grassworx | 744.25 | | | | |

**GF Nat'l**

| Date | Check # | Name | Amount | |
|---|---|---|---|---|
| 12/18/16 | 101 | void | 0 | to send to paymentech to change bank acct. info |
| | 102 | void | 0 | EDC closing costs |
| 12/22/16 | 103 | McNamee, Lochner, Titus & Wms | 14,550.00 | |
| 02/26/16 | 104 | McNamee, Lochner, Titus & Wms | 3,398.88 | |
| 03/03/16 | 105 | McNamee, Lochner, Titus & Wms | 1,275.00 | |
| 03/03/16 | 106 | Reitz Law Firm | 100.00 | |
| 03/10/16 | 107 | GF Nat'l - 401k admin. Fees | 1,153.88 | |
| 03/29/16 | 108 | Bob Fisher-travel exp. | 273.00 | |
| 04/01/16 | 109 | Marilyn Jacobs - rent | 5,000.00 | |

**Pioneer**

| Date | Check # | Name | Amount |
|---|---|---|---|
| 03/18/16 | ACH | Genplex | 15,419.30 |
| 03/18/16 | ACH | Cavallero | 14,109.09 |
| 03/21/16 | ACH | Trans-Border Frt | 5,453.36 |
| 03/23/16 | ACH | McBee/Deluxe - check order | 287.95 |
| 03/23/16 | ACH | Genplex | 15,419.30 |
| 03/25/16 | ACH | Tabner, Ryan & Keniry | 16,112.50 |
| 03/30/16 | ACH | Advanced Sports | 6,229.30 |
| 04/01/16 | | account service charge | 165.48 |
| 04/01/16 | 1001 | Lemery Gresiler LLC | void |
| 04/01/16 | 1002 | Lemery Gresiler LLC | 2,500.00 |
| 04/01/16 | 1003 | XPO Logistics - frt | 2,549.59 |
| 04/01/16 | 1004 | Artisans | 11,561.83 |
| | 1005 | to change bank acct info | void |
| 04/02/16 | 1006 | Seymour Midwest | 824.01 |

Jake Jacobs Salary          10,779.08

John Jacobs Salary          108,749.64

Health Ins. 4/1/15 - 4/1/16
company contributed 7,737.64

Genworth Ins. - company pays $3078.40 for the year

**1099 breakdown- issued to John Jacobs**
  store purchases          1,537.14
  per. Credit card chgs    2,245.98
  cell phone               2,040.15
                                      5,823.27

paid 4/1/15 - 4/5/16
T and M Jacobs Properties ( Landlord)
  Rent                     22,500.00
  Interest                       -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:

      RELIABLE RACING SUPPLY, INC.,        **Case No.**
                               **Chapter 11**

              Debtor.
-----------------------------------------------------------------

### DEBTOR'S STATEMENT OF INCOME AND EXPENSES
### (SCHEDULES I AND J)

Debtor has no income or expenses to report on Schedules "I" and "J".


                          RELIABLE RACING SUPPLY, INC.

                          By: _____ 04-07-2016
                             John Jacobs, President

Reliable Racing Supply, Inc.
Version 1.0a
April 6, 2016
Income Statement (GAAP)

|  | 4/30/2016 Month 1 |
|---|---|
| **Revenues** | |
| | |
| **Income From Product Sales** | |
| INSIDE EDGE SALES | $ 16,413 |
| EMPLOYEE SALES | $ 355 |
| REFUNDS | $ (517) |
| RENTAL & REPAIR INCOME | $ 1,719 |
| INSIDE EDGE SUBTOTAL | $ 17,970 |
| | |
| RRS SALES D1 CONSUMER | $ 14,069.49 |
| RRS SALES D2 B-B | $ 68,264.66 |
| WHOLESALE D3 | $ 3,129.76 |
| GOLF COURSE SUPPLIES D4 | $ 4,380.39 |
| TIMING EQUIPMENT D5 | $ 7,776.95 |
| RRS LIGHTING D6 | $ 13,361.35 |
| INTERNATIONAL EXPORT D7 | $ 32,578.96 |
| ACCOMODATION SALES D8 | $ 3,160.62 |
| MT HOOD SALES | $ 907.55 |
| RRS REFUNDS D1 CONSUMER | $ (109.48) |
| RRS REFUNDS D2 B-B | $ (1,669.16) |
| WHOLESALE D3 REFUNDS | $ (499.41) |
| GOLF COURSE D4 REFUNDS | $ (99.54) |
| TIMING EQUIPMENT D5 REFUNDS | $ (10.29) |
| RRS LIGHTING D6 REFUNDS | $ (460.12) |
| INTERNAT'L EXPORT REFUNDS | $ (856.66) |
| ACCOMODATION REFUNDS | $ (231.15) |
| MT HOOD REFUNDS | $ (1,354.94) |
| ALL OTHER DIVISIONS SUBTOTAL | $ 142,339 |
| | |
| **Total Revenue** | $ 160,309 |
| | |
| **Operating Expenses** | |
| | |
| **Cost of Goods Sold** | |
| | |
| Direct Costs | |
| | |
| INSIDE EDGE | |
| | |
| INSIDE EDGE MERCHANDISE | 11,255.20 |
| EMPLOYEE COG | 462.34 |
| FREIGHT IN | 376.06 |
| DISC. GIVEN / DISC. TAKEN | (179.49) |
| INSIDE EDGE SUBTOTAL | 11,914.11 |
| | |
| OTHER DIVISIONS | |
| | |
| CONSUMER D1 MERCHANDISE | 10,541.52 |
| B-B D2 MERCHANDISE | 30,049.53 |
| WSL D3 MERCHANDISE | 1,292.82 |
| GOLF D4 MERCHANDISE | 2,189.44 |
| TIMING D5 MERCHANDISE | 4,122.91 |
| RRS LIGHTING D6 MERCHANDISE | 6,768.04 |
| EXPORT D7 MERCHANDISE | 15,105.46 |
| ACCOM. D8 MERCHANDISE | 813.08 |
| MT. HOOD MERCHANDISE | 653.40 |
| FREIGHT IN | 3,258.01 |
| DISC. GIVEN / DISC. TAKEN | (346.51) |
| ROYALTIES | 1,214.89 |
| LICENSE FEES | 86.06 |
| ALL OTHER DIVISIONS SUBTOTAL | 75,748.64 |
| | |
| Indirect Variable Expenses | |
| | |
| Selling, General and Administrative Expenses | |

INSIDE EDGE OPERATING

| | |
|---|---:|
| SALES/SERVICE SALARIES | 5,000.45 |
| PART-TIME SALARIES | 521.65 |
| PAYROLL TAXES | 423.35 |
| STORE EXPENSES | 471.46 |
| CREDIT CARD FEES | 495.38 |
| CASH SHORT/OVER | (0.86) |
| INSIDE EDGE SUBTOTAL | 6,911.42 |

OTHER DIVISIONS OPERATING

| | |
|---|---:|
| OPERATING SALARIES | 7,819.91 |
| PAYROLL TAXES | 616.86 |
| EMPLOYEE BENEFITS | 1,056.87 |
| TELEPHONE | 1,473.47 |
| PRODUCTION SUPPLIES | 685.83 |
| WAREHOUSE EXP & SUPPLIES | 331.56 |
| STORE EXPENSE | 209.91 |
| CREDIT CARD FEES | 498.75 |
| CASH SHORT/OVER | 203.13 |
| OUTBOUND FREIGHT | 2,364.83 |
| LESS: S/H INCOME | (2,601.31) |
| ALL OTHER DIVISIONS SUBTOTAL | 12,659.80 |

INSIDE EDGE MARKETING

| | |
|---|---:|
| SPONSORSHIP | - |
| PROMOTIONAL EXPENSES | - |
| ADVERTISING - FIXED | 159.22 |
| ADVERTISING - MEDIA | - |
| INTERNET EXPENSE | - |
| TRAVEL & LODGING | - |
| MEALS & ENT. | - |
| SHOWS & EXPOSITION COSTS | - |
| INSIDE EDGE SUBTOTAL | 159.22 |

OTHER DIVISIONS MARKETING

| | |
|---|---:|
| SPONSORSHIPS | - |
| PROMOTIONAL EXPENSE | - |
| COMMISSION EXPENSE | - |
| MEDIA ADVERTISING | - |
| INTERNET | 29.26 |
| CATALOG EXPENSE | - |
| CATALOG REQUEST POSTAGE | - |
| | - |
| TRAVEL & LODGING | 323.00 |
| MEALS & ENTERTAINMENT | 150.00 |
| SHOWS & EXPOSITION COSTS | - |
| ALL OTHER DIVISIONS SUBTOTAL | 502.26 |

G&A (UNALLOCATED)

| | |
|---|---:|
| G & A SALARIES | 31,573.74 |
| PAYROLL TAXES | 2,512.38 |
| EMPLOYEE BENEFITS | 2,950.21 |
| PAYROLL SERVICE | 597.79 |
| EMPLOYEE DEVELOPMENT | |
| RENT | - |
| UTILITIES | 2,839.68 |
| MAINTENANCE & REPAIRS | 588.00 |
| SECURITY | 388.36 |
| INSURANCE | 2,122.52 |
| INSURANCE-OFFICERS | 256.40 |
| LEGAL & ACCOUNTING FEES | - |
| OFFICE POSTAGE | 125.78 |
| OFFICE SUPPLIES | 146.92 |
| COMPUTER EXP & SUPPLIES | 699.00 |
| DONATIONS | - |
| MEMBERSHIPS | - |
| BANK CHARGES | 203.03 |
| BAD DEBTS | 301.93 |
| R & D | - |
| MISC. | 933.84 |

| | |
|---|---:|
| VEHICLE EXPENSE | 163.26 |
| SUBSCRIPTIONS | 4.55 |
| SAMPLES | - |
| PROFIT SHARING EXP. | - |
| Subtotal | 46,407.39 |

OTHER INCOME AND EXPENSE (UNALLOCATED)

| | |
|---|---:|
| MISC INCOME/EXPENSE | 2,603.97 |
| DEPREC. & AMORT. | 2,675.01 |
| BONUS EXPENSE | - |
| MISC INCOME TAX | 11.29 |
| Subtotal | 5,290.27 |

| | |
|---|---:|
| Total Operating Expenses | 159,593 |
| **Net Operating Income (Loss)** | $        716 |

**Other Expenses**

| | |
|---|---:|
| Interest Expense on Senior Debt ($1M TD Term Note & $399K Term Note) | (5,507.00) |

**Cummulative Annual Taxable Incone (Loss)**

| | | |
|---|---|---:|
| Monthly Taxable Income (Loss) | $ | (4,791) |
| Cummulative YTD Taxable Income (Loss) | $ | (4,791) |

## CORPORATE RESOLUTION
## OF
## ALL OF THE MEMBERS
## OF
## RELIABLE RACING SUPPLY, INC.

Upon considering the financial condition of Reliable Racing Supply, Inc., incorporated and existing under the laws of the State of New York and upon the consent of all of the sole shareholder, it is

**RESOLVED**, that the Company must file a Chapter 11 bankruptcy petition and John Jacobs as President was given authority to take action as necessary, to execute the necessary petition and schedules and such other documents as necessary, and that Lemery Greisler LLC be retained to represent the Company in the bankruptcy proceeding.

Dated: April _07_, 2016

RELIABLE RACING SUPPLY, INC.

President
Name: _John F. Jacobs_

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re Reliable Racing Supply, Inc.                      ,                    )
  [Set forth here all names including married, maiden, and trade            )
  names used by debtor within last 8 years.]                               )
                                                                           )
                                          Debtor          )        Case No.
                                                                           )
                                                                           )
Last four digits of Social Security No(s):_____)        Chapter  11
Employer Tax Identification (EIN) No(s). (if any)14-149246

## CERTIFICATION OF MAILING MATRIX

I (we), _____Paul A. Levine_____, the attorney for  the
debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify  under
the penalties of perjury that the above/attached mailing matrix has been  compared to
and contains the names, addresses zip codes and, if required, account numbers in
redacted form, of all persons and   entities, as they appear on the schedules of
liabilities/list of creditors/list of equity security holders, or any amendment thereto filed
herewith.

Dated:  4/7/16                    _____
                                          Attorney for Debtor/Petitioner
                                          Debtor(s)/Petitioner(s)

F:LR1007(01/29/2013)

A. Duie Pyle, Inc.
PO Box 564
West Chester, PA  19381

Accell North America Inc.(Raleigh)
Box 392557
Pittsburgh, PA 15251-9557

Adager
Office12597
PO Box 3000
Sun Valley, ID 83353-3000

Adirondack Sports & Fitness
15 Coventry Drive
Clifton Park, NY 12065-1747

Airblaster
262 NW Outlook Vista Dr.
Bend, OK 97701

Alge Timing Gmbh & Co
Rotkreuzstrasse 39, A-6890 Lustenau
Lustenau, FN 1008-Austr

Alpina Sports Corporation
PO Box 842955
Boston, MA  02284-2955

American Sports Winter & Outdoor
PO Box 3141
Carol Stream, IL  60132-3141

American Express
PO Box 360002
Ft Lauderdale, FL  33336-0002

Artisans Screen Printing
PO Box 278, West 4146 2nd St
Glen Flora, WI  54526

ASCAP
21678 Network Place
Chicago, IL  60673-1216

ASKCO Electric Supply Co.
PO Box 2176
14 Cooper Street

Glens Falls, NY  12801

B & A Manufacturing Co., Inc.
3665 East Industrial Way
Rivera Beach, FL  33404-3491

BCI Group LLC
PO Box 7
Forth Edward, NY  12828

Beardsley Publishing
Ski Area Management
PO Box 644
Woodbury, CT  06798

Better Business Bureau
Department 271
PO Box 8000
Buffalo, NY  14267-0271

Bo-Tex Sales
PO Box 550
Hogansville, GA  30230

Business Card - Bank of America
PO Box 15796
Wilmington, DE  19886-5796

Cado Company
1-B  Princeton Road
Fitchburg, MA  01420

Capital One Bank (USA), N.A.
PO  Box 71083
Charlotte, NC  28272-1083

Capital One Bank (USA), NA
PO Box 70884
Charlotte, NC  28272-0884

Carplugs
3012 Momentum Place
Chicago, IL  60689-5330

Cavallero Plastics Inc.
1250 North Street
Pittsfield, MA  01201

CC Wintersport LLC
PO Box 5584
Hanover, NH 03755

CDPHP
PO Box 5251
Binghamton, NY  13902-5251

Chronicle
PO Box 153
Glens Falls, NY  12801

Corey's All-Fab, LLC
21 Zuk-Pierce Drive
Central Square, NY  13036

Cornerstone Telephone
PO Box 509
Troy, NY  12181-0509

Crafted Plastics
PO Box 327
1822 Martin Ave.
Sheboygan, WI 53082-0327

Crystal Rock LLC
PO Box 10028
Waterbury, CT  06725-0028

CTR Inc.
PO Box 154
1334 Indian Creek Valley Rd.
Melcroft, PA  15462

Cycling Sports Group (Sugoi)
6822 Paysphere Circle
Chicago, IL  60674

Cyclone Bicycle Supply
217 Washington Ave, Avenue A
Carlstadt, NJ  07072

Dakine, Inc.
PO Box 743477
Los Angeles, CA  90074-3477

Design Function
639 County Line Rd.
Queensbury, NY 12804

Dragon Alliance LLC
971 Calle Amanecer
San Clemente, CA  92673

Dynamic Foot Positioning, LLC
PO Box 774942
Steamboat Springs, CO  80477

Einstein Systems, Inc.
2098 Vintage Woods Dr.
Alexander, AR  72002

Electric City Printing Co.
PO Box 1920
Anderson, SC  29622

Electric Visual
1001 Calle Amanecer
San Clemente, CA  92673

Eric Armin Inc.
PO Box 416366
Boston, MA  02241-6366

Escalade Sports
PO Box 78000, Dept. 78880
Detroit, MI  48278-0880

Estes Express Lines
PO Box 25612
Richmond, VA  23260-5612

Eurosocks International
4575 South Coach Drive
Tuscon, AZ 85714

Fedex
PO Box 371461
Pittsburgh, PA  15250-7461

Fedex Freight
PO Box 223125
Pittsburgh, PA  15250-2125

Felt Racing, LLC
PO Box 101679
Pasadena, CA   91189-1679

Felton Brush Inc.
PO Box 710168
Cincinnati, OH   45271-0168

Fishman Stewart Yamaguchi PLLC
PO Box 4597
Carol Stream, IL    60197-4597

Flexstake, Inc.
2150 Andrea Lane
Fort Myers, FL   33912

FP Mailing Solutions
PO Box 157
Bedford Park, IL   60499-0157

GBG Spyder USA LLC
PO Box 3555
Carol Stream, IL   60132-3555

Genplex, Inc.
7 Industrial Park Drive, Suite 1
Skowhegan, ME   04976

Glens Falls Business Machines
PO Box 509
Glens Falls, NY   12801

Glens Falls Refrig & Heating
475 Corinth Road
Queensbury, NY   12804

Grand View Media
PO Box 698
Birmingham, AL 35201-0698

Grassworx, LLC
Accounts Receivable
PO Box 1412
Maryland Heights, MO   63043

Groove Tech Inc.
4270 Vt. Rt. 100
Waterbury, VT 05676

Hestra Gloves LLC
600 Corporate Circle, Suite H
Golden, CO  80401

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Jack Boyajian
130 Maplewood Drive
Scotia, NY  12302

James Ippolito & Co (Chinook)
1069 Connecticut Ave. Suite 5-5c
Bridgeport, CT 06607

Jenex, Inc.
PO Box 1219
Amherst, NH  03031

JP Morgan Chase (MAR, VOL, DALB)
Lockbox #915188,
14800 Frye Rd-tx-1-0029
Fort Worth, TX  76155

JR Mats, Inc.
1519 McDaniel Drive
West Chester, PA  19380

Kulkea
PO Box 335
Westwood, MA  02090

Kyle Company, Inc.
22 Hudson Falls Rd
South Glens Falls, NY  12803

LCS & Z, LLP
33 Century Hill Drive
Leland Paper Company, Inc.
10 Leland Drive
Glens Falls, NY  12801-2148

Mahony Notify-Plus, Inc.
PO Box 767
Glens Falls, NY  12801

Marilyn Jacobs-Interest
8 North Road
Glens Falls, NY   12801

MBW Technologies, LLC
53 Northsood Lane
New London, NH   03257

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL   60680-7690

McPhillips, Fitzgerald & Cullum LLP
288 Glen Street
PO Box 299
Glens Falls, NY   12801

Michael Best & Friedrich LLP
601 Pennsylvania Ave. NW
Ste. 700 South
Washington, DC   20004

Michigan Rubber Products
PO Box 74342
Cleveland, OH   44194

NCO Financial Systems, Inc.
Attn:  Credit Reporting
24888 Network Place
Chicago, IL   60673-1248

NE PA Business Assoc. Inc.
East Mountain Corporate Center
613 Baltimore Dr. Suite 3
Wilkes-Barre, PA   18702-7979

Nettexx
16 Pelham Davis Circle
Greenville, SC   29615

North Country Janitorial, Inc.
188 Dix Avenue
Glens Falls, NY   12801

North Country Property MGT
207 Maple Street
Glens Falls, NY   12801

NYS Dept. of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205

Omni Promotional LLC
1558 Cherry Street
Louisville, CO  80027

Pallets Incorporated
PO Box 326
Fort Edward, NY  12828

Panasonic Corp. of N.A.
PO Box 13887
Newark, NJ  07188-0887

Phillips Lytle LLP
Todd Ritchsdorff, Esq.
Omni Plaza
30 South Pearl Street
Albany, NY  12207

Post Star
c/o Lee Newspapers
PO Box 742548
Cincinnati, OH  45274-2548

Proshred Security
dba Redishred Acquisition Inc.
6067 Corporate Dr., Ste 2
East Syracuse, NY  13057

Republic Services #694
PO Box 9001099
Louisville, KY  40290-1099

Richard Hill
33 Michael Rd
Moreau, NY 12828

Rietz Law Firm LLC
Peter Rietz, Esq.
114 Village Place - Suite 301
PO Box 5268
Dillon, CO  80435

Robelle Solutions Tech Inc.

7360 137th Street, Suite 372
Surrey, BC  V3W  1A3

Rodale Press
PO Box 6098
Emmaus, PA  18098-0698

Safety-Kleen Corp
PO Box 382066
Pittsburgh, PA  1250-8066

Scarpa North America
3550 Frontier Ave., Unit E
Boulder, CO  80301

Scott USA Inc.
PO Box 26004
Salt Lake City, UT  84126-0004

Securi Sport
2055 Ave Branly
Quebec, PQ  G1N4C7

Security Mutual Life Insurance
  Co. of NY
PO Box 1625
Binghamton, NY  13902

Seirus Innovation
PO Box 98813
Las Vegas, NV  89193-8813

Sendtek, Inc.
105 Lakehill Road
Burnt Hills, NY  12027

Ski Areas of New York, Inc.
PO Box 375
Jamesville, NY  13078

Smith Sport Optics, Inc.
PO Box 4300-Mail Stop 79
Portland, OR  97208

Sole Technology Inc.
PO Box 511293
Los Angeles, CA  90051-7848

Sprint
PO Box 4181
Carol Stream, IL   61097-4181

SS Pritikin & Associates
1264 Appaloosa Way
Bartlett, IL   60103-1872

Stanek Netting Co. Inc.
111 Orange Street
Bloomfield, NJ   07003

Staples Advantage
Dept Roc, PO Box 415256
Boston, MA   02241-5256

Sun Valley Ski Tools
2033 Century Way
Boise, ID   83709

Superior Vision Services
11101 White Rock Road
Rancho Cordova, CA 95670

Swix Sport USA, Inc.
60 Network Street
Haverhill, MA   01832

SYNC
Attn:   SRD USA LLC
PO Box 933
Edwards, CO   81632

Tag-Heuer SA
Louis-Joseph Chevrolet 6A, 2300
La Chaux-De-Fonds, FN   1179

T&M Jacobs Properties, LLC
8 North Road
Glens Falls, NY   12801

TD Bank
One Portland Square
PO Box 9540
Portland, ME   04112-9540

Tecnica USA
PO Box 4672
Boston, MA   02212-4672

The Cit Group/Comm Services
(Outdoor Gear Inc)
PO Box 1036
Charlotte, NC   28201-1036

The Royal Shaft, LLC
PO Box 2300
Littleton, CO   80161

Thompson & Johnson Equip. Co.
6926 Fly Road
East Syracuse, NY   13057

Tianjin Yuejia Sports Products
Xiqing District, 28 Yingjie Road
Tianjin China, FN   1039


Trans-Border Global Frt
2103 Route 9
Round Lake, NY   12151

Twentytwo Designs
971 North Hwy 33
Driggs, ID   83422

Twitchell (Halti USA)
114 Polarity Way Suite 201
Lake Placid, NY   12946

Uline
PO Box 88741
Chicago, ILL   60680-1741

Ultra-Tech Lighting
41 King Place
Closter, NJ   07624

Unicorr Packaging Group
4282 Paysphere Circle
Chicago, IL 60674

Unifirst Corporation
157 Troy Schenectady Rd
Watervliet, NY  12189

UPS Freight
28013 Network Place
Chicago, IL  60673-1280

Uvex Sports, Inc.
45 Marian Avenue
Narragansett, RI  02882

Vemo Sports, LLC
PO Box 1108, 24 Sugar House Road
Quechee, VT  97103

Ver Sales, Inc.
2509 B. Naomi Street
Burbank, CA  91504

VOLA
37 Av De Saint Martin
BP 52, 74190 Passyfn 1063

Warren County Local Development
Corporation
1340 State Route 9
Lake George, NY  12845

WB Mason Company, Inc.
PO Box 981101
Boston, MA  02298-1101

WEQX
PO Box 102.7, Elm Street
Manchester, VT  05254

Wintersteiger, Inc. (Use #1339)
Hotronic, 4705 Amelia Earhart Dr.
Salt Lake City, UT  84116-2876

Wright Signs, Inc.
145 West 14th Street
Ogden, UT  84404

XPO Logistics Less-Than-Truck
PO Box 5160
Portland, OR  97208-5160

```
YRC
PO Box 13573
Newark, NJ  07188-3573
```